# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>) No. 17-cv-<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SHORTEN DEFENDANTS' TIME IN WHICH TO RESPOND TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Motion to Shorten Defendants' Time in Which to Respond to Plaintiff's Application for a Temporary Restraining Order, it is hereby:

ORDERED, that the motion is granted, and the Defendants shall file any response to Plaintiff's application for a temporary restraining order on or before Monday, October 16, 2017.

Dated: October ____, 2017          _____
                                                                  United States District Judge