# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 17-cv- |

## REQUEST FOR A TRO HEARING
## ON OR BEFORE THE MORNING OF WEDNESDAY, OCTOBER 18, 2017

Plaintiff respectfully moves the Court to schedule a hearing on her application for a temporary restraining order not later than the morning of Wednesday, October 18, 2017, or any alternative date or time that the Court sees fit so as to enable it to issue a ruling on Plaintiff's motion at or before the close of business on Wednesday, October 18, 2017.

This motion should be granted because the abortion provider closest to J.D.'s shelter only provides abortion care on Thursdays, Fridays and Saturdays. Pursuant to state-mandated requirements that (1) J.D. wait 24-hours between obtaining compulsory pre-abortion counseling and undergoing the procedure, and (2) that the same physician perform both the counseling and the procedure itself, J.D. must be able to go for her counseling on Thursday, October 19 and obtain the abortion on Friday, October 20 or Saturday, October 21. Accordingly, unless her request for injunctive relief is heard and a ruling is issued by the close of business on Wednesday October 18, 2017, so as to enable her to see a provider within this window, J.D. will be pushed a week further into her pregnancy, delaying her ability to access the care to which she is entitled, at an ever-increasing risk to her physical and mental health and well-being.

October 13, 2017

Respectfully submitted,

/s Arthur B Spitzer

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Brigitte Amiri*
Meagan Burrows*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Jennifer L. Chou*
Mishan R. Wroe*
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*jchou@aclunc.org*
*mwroe@aclunc.org*

Melissa Goodman*
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017

Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*\*Admission for pro hac vice forthcoming*

*Attorneys for Plaintiff*

Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*\*Admission for pro hac vice forthcoming*

*Attorneys for Plaintiff*