# Exhibit C

From: White, Jonathan (ACF)
Sent: Thursday, March 30, 2017 3:39:33 PM
To: ▓
Cc: De LA Cruz, James (ACF); Sualog, Jallyn (ACF)
Subject: FW: UC requesting pregnancy termination

▓,

Please see Scott's email below with regard to the UC at SWK Las Palmas who is ready for discharge and has previously requested pregnancy termination.

ORR previously provided the grantee with specific direction regarding the type of services the UC should be connected with.  Please see his direction that the program "should not be supporting abortion services pre or post-release; only pregnancy services and life-affirming options counseling."

If we can reinforce this to the provider and ask them to clarify that the discharge plan is consistent with that direction, that will enable us to proceed with next steps for release for the UC.

Thanks for all your hard work on this case.

Jonathan

From: Lloyd, Scott (ACF)
Sent: Thursday, March 30, 2017 6:26 PM
To: White, Jonathan (ACF)
Subject: RE: UC requesting pregnancy termination

Jonathan,

It's unclear what they mean here. Not sure what they mean by "services" and "abortion counseling." Please ask them to explain clearly, because if I recall, we were very clear about what they were to do.

Grantees should not be supporting abortion services pre or post-release; only pregnancy services and life-affirming options counseling.

Thank you,
Scott

_____
_____

▓,

(I am looping in ▓ cc'ing Jim for clarity in communications.)

Just spoke with Scott.  The UC should proceed to discharge; we concur with the program's recommendation that neurology follow-up can be part of the plan for the minor's discharge rather than delaying it.

A couple things:
- Can we confirm that the minor has received options counseling for the pregnancy as discussed?
- Can we confirm that the sponsor and the minor's parents have been notified of the pregnancy?

3

CONFIDENTIAL – Subject to Protective Order                                                                                              PRICE_PROD_00010706