# Exhibit E

**Cc:** █
**Subject:** RE: Heads up: UC requesting pregnancy termination

Great, I will let the staff asking me know.  Thank you for the prompt reply.

---

**From:** Lloyd, Scott (ACF)
**Sent:** Tuesday, April 04, 2017 4:31 PM
**To:** White, Jonathan (ACF)
**Cc:** █
**Subject:** Re: Heads up: UC requesting pregnancy termination

Yes-- they were going to a CPC site today and we're going to proceed to discharge according to my understanding.

Thank you,
Scott

---

On: 04 April 2017 16:06, "White, Jonathan (ACF)" <Jonathan.White@ACF.hhs.gov> wrote:
Scott,

Were you able to speak with the pregnant girl at the SWK site (KAMM)?  And if so, █

Jonathan

---

**From:** Lloyd, Scott (ACF)
**Sent:** Saturday, April 01, 2017 8:48 PM
**To:** White, Jonathan (ACF)
**Cc:** █
**Subject:** Re: Heads up: UC requesting pregnancy termination

Thx Jonathan. I'll be in the office Monday and half of Tuesday.

---

On: 01 April 2017 16:47, "White, Jonathan (ACF)" <Jonathan.White@ACF.hhs.gov> wrote:
Scott,



Jonathan

CDR Jonathan White
Deputy Director for Children's Programs
Office of Refugee Resettlement
Administration for Children and Families

CONFIDENTIAL – Subject to Protective Order

PRICE_PROD_00010616