# Exhibit F

| Organization Name | Address | HHS City | City | State | Zip | Business Phone | Phone | Email |
|---|---|---|---|---|---|---|---|---|
| First Way Pregnancy Center | 3501 N 16th St | Phoenix | Phoenix | AZ | 85016 | | 602-261-7522 | bethany@1stway.net |
| Reachout Women's Center | 2648 N Campbell Ave | Tucson | Tucson | AZ | 85719 | | 520-321-4300 | director@reachoutwomenscenter.com |
| International Life Services | 2606 1/2 W 8th St | Los Angeles | Los Angeles | CA | 90057 | 213-382-2156 | 213-382-2156 | lifeservices@juno.com |
| Sacramento Life Center | 2316 Bell Executive Lane | Sacramento | Sacramento | CA | 95825 | 916-451-4357 | 916-451-2273 | info@saclife.org |
| Alternatives Pregnancy Resource Ctr | 1111 Howe Ave Suite 610 | Sacramento | Sacramento | CA | 95825 | 916-880-4040 | 916-880-4040 | jennifer@alternativespc.org |
| Pregnancy Support Group of Woodland | 324 Lincoln Ave | Woodland | Woodland | CA | 95695 | | 530-661-6333 | psgofwoodland@yahoo.com |
| Aid for Women, Inc. | 8 S Michigan Ave, Ste 812 | Chicago | Chicago | IL | 60603 | 312-621-1107 | 312-621-1107 | info@aidforwomen.org |
| The Women's Center | 5116 N Cicero Ave | Chicago | Chicago | IL | 60630 | 773-794-1313 | 773-794-1313 | mstrom@gotwc.org |
| The Women's Center | 2720 S River Rd, #234 | Des Plaines | Des Plaines | IL | 60018 | | 847-803-9620 | cyi@womens-center.org |
| Pregnancy Center West | 5411 Old Frederick Road Suite 1 | Baltimore | Baltimore | MD | 21229 | 410-788-4433 | 410-788-4433 | pregcenterwest@gmail.com |
| Pregnancy Center North | 6805 York Rd | Baltimore | Baltimore | MD | 21212 | | 410-377-2871 | cindi@pcnorth.org |
| Center for Pregnancy Concerns | 528 East 22nd Street | Baltimore | Baltimore | MD | 21218 | 410-342-6020 | 410-342-6020 | joan@centerforpregnancyconcerns.org |
| HELP Pregnancy Crisis Aid, Inc. | 705 Bridge St NW | Grand Rapids | Grand Rapids | MI | 49504 | | 616-459-9139 | info@helppregnancy.org |
| Pregnancy Resource Center | 415 Cherry Street SE | Grand Rapids | Grand Rapids | MI | 49503 | 616-259-1500 | 616-456-6873 | james.sprague@prcgr.org |
| Daybreak Crisis Pregnancy Center | PO Box 2302 | Columbia | Columbia | SC | 29202 | | 803-771-6634 | life1999@dayspringministries.com |
| Gladney Center for Adoption | 6300 John Ryan Dr | Fort Worth | Fort Worth | TX | 76132 | 817-922-6000 | 800-GLADNEY | karin.matula@gladney.com |
| Pregnancy Lifeline | 4747 S Hulen St, Ste 103 | Fort Worth | Fort Worth | TX | 76132 | 817-292-6449 | 817-292-6449 | life103@swbell.net |
| Pregnancy Help Center | 7700-A Camp Bowie West | Fort Worth | Fort Worth | TX | 76116 | 817-560-2226 | 817-560-2226 | phcfwtx@att.net |
| Care Net PC of Houston - Champions | 14530 Wunderlich | Houston | Houston | TX | 77069 | 281-444-8554 | 281-766-8554 | nandakirkpatrick@carenetnw.com |
| Choices Pregnancy Centers | 10555 N 58th Dr | Glendale | Glendale | AZ | 85302 | | 623-486-5232 | lrobbins@cpcphoenix.org |
| Choices Pregnancy Centers | 1818 E Southern Avenue Ste 13A | Mesa | Mesa | AZ | 85204 | 480-733-2740 | 480-733-2740 | sparks@cpcphoenix.org |
| Maggie's Place | PO Box 1102 | Phoenix | Phoenix | AZ | 85001 | 602-262-5555 | 602-262-5555 | cstern@maggiesplace.org |
| Life Choices Women's Clinic | 9303 N. 7th Street, Suite #4 | Phoenix | Phoenix | AZ | 85020 | 602-305-5100 | 602-305-5100 | info@lcwcaz.org |
| Hope Ultrasound Mobile Unit, Inc. | 4633 N 54th St Suite 8 | Phoenix | Phoenix | AZ | 85018 | | 602-826-8858 | info@hopeultrasound.org |
| Life Choices Women's Clinic | 3516 W McDowell Rd | Phoenix | Phoenix | AZ | 85009 | 602-305-5100 | 623-500-6200 | info@lcwcaz.org |
| The Magdalene House | PO Box 1102 | Phoenix | Phoenix | AZ | 85001 | | 602-257-4648 | themagdalenehouse@maggiesplace.org |
| The Elizabeth House | PO Box 1102 | Phoenix | Phoenix | AZ | 85001 | | 480-491-0446 | email@maggiesplace.org |
| The Michael House | PO Box 1102 | Phoenix | Phoenix | AZ | 85001 | | 623-842-1000 | themichaelhouse@maggiesplace.org |
| The Fiat House | PO Box 1102 | Phoenix | Phoenix | AZ | 85001 | | 602-262-5555 | email@maggiesplace.org |
| Maggie's Thrift | 1517 E McDowell Rd | Phoenix | Phoenix | AZ | 85006 | | 602-252-1178 | thrift@maggiesplace.org |
| Pregnancy Resource Clinic of Arizona | 21050 N Tatum Blvd Suite 200 | Phoenix | Phoenix | AZ | 85050 | 480-515-6276 | 480-694-5746 | dgladstone@prcaz.org |
| New Life Pregnancy Center - Phoenix Central | 3100 W Camelback Rd | Phoenix | Phoenix | AZ | 85017 | 602-515-3526 | 602-515-3526 | info@newlifepregnancy.com |
| The Hannah House | PO Box 1102 | Phoenix | Phoenix | AZ | 85001 | | 480-292-7240 | |
| New Life Pregnancy Center - Phoenix Metro | 2632 W Augusta Ave | Phoenix | Phoenix | AZ | 85051 | | 602-346-2300 | info@newlifepregnancy.com |
| New Life Pregnancy Center - Phoenix South | 1431 E Southern Ave | Phoenix | Phoenix | AZ | 85040 | | 602-243-1614 | info@newlifepregnancy.com |
| New Life Pregnancy Centers | 1779 N. Alvernon Way | Tucson | Tucson | AZ | 85712 | | 520-795-7541 | info@newlifepregnancy.com |
| New Life Pregnancy Center - Tucson | 1779 N. Alvernon Way | Tucson | Tucson | AZ | 85712 | | 520-795-7541 | info@newlifepregnancy.com |
| Sac Valley Mobile Medical Clinic | | Sacramento | Sacramento | CA | 95816 | | 916-451-4357 | michelleg@saclife.org |
| Kendall Pregnancy Help Medical Clinic | 10100 SW 107 Court | Near Cutler Bay - Closest for Homestead | Kendall | FL | 33176 | 305-274-5105 | 305-274-5105 | jpernia@heartbeatofmiami.org |
| Aid for Women | 1510 N Claremont | Chicago | Chicago | IL | 60622 | | 773-897-0080 | |
| Aid for Women | 5013 S Hermitage | Chicago | Chicago | IL | 60609 | | 773-432-8230 | |
| Monica's House (Aid for Women) | 3954 N. Meade Ave | Chicago | Chicago | IL | 64814 | | | info@aidforwomen.org |
| Heather's House (Aid for Women) | 1150 North River Rd | Des Plaines | Des Plaines | IL | 60016 | | 847-795-3700 | b.ryan@aidforwomen.org |
| Alpha Women's Center of Grand Rapids | 1725 Division Ave S | Grand Rapids | Grand Rapids | MI | 49507 | 616-742-0242 | 616-459-9955 | cgeisel@alphawc.org |
| Good Counsel | 1157 Fulton Ave | Bronx | Bronx | NY | 10456 | | 800-723-8331 | |
| Life Center of Long Island | 1767 Deer Park Ave | Near Syosset | Deer Park | NY | 11729 | | 631-243-0066 | lifecenterdp@lifecenterli.org |
| Bethany Christian Services | 1115 Broadway, 10th Fl Ste 1028 | New York | New York | NY | 10010 | | 212-714-3550 | bcsmanhattan@bethany.org |
| Pregnancy Help, Inc. | 229 West 14th St | New York | New York | NY | 10011 | 212-243-0970 | 212-243-7119 | cathyphi@aol.com |
| Gladney Center for Adoption | 850 Seventh Ave Suite 801 | New York | New York | NY | 10019 | | 212-868-3434 | gongzhan.wu@gladney.org |
| Bethany Christian Services | 6975 SW Sandburg St Ste 155 | Portland | Portland | OR | 97223 | 503-533-2002 | 503-200-5748 | bcsportland@bethany.org |
| Bright Hope Pregnancy Support Centers | 541 E Broad St | Bethlehem | Bethlehem | PA | 18018 | | 610-821-4000 | |
| House of Hope | 1204 Montana Ave | El Paso | El Paso | TX | 79902 | 915-544-9600 | 915-544-9600 | olga@houseofhope-elp.org |
| Women's Choice Resource Center | 324 S Rand St | Fort Worth | Fort Worth | TX | 76103 | | 817-534-9947 | laurileecampbell@gmail.com |
| LifeHouse of Houston | PO Box 27127 | Houston | Houston | TX | 77227 | 713-623-2120 | 713-623-2120 | sue.baumgarten@lifehousehouston.org |
| Gladney Center for Adoption | 14530 Wunderlich Dr Suite 201 | Houston | Houston | TX | 77069 | | 281-580-1202 | amy.shore@gladney.com |
| The Life Center | 2101 W. Wall St. | Closest for Clint | Midland | TX | 79701 | | 432-683-6072 | judy@midlandlifecenter.org |
| Gladney Center for Adoption | 410 W Ohio St, Ste 203 | Closest for Clint | Midland | TX | 79701 | | 432-563-3344 | elizabeth.garza@gladney.org |
| Pregnancy Care Center | 7210 Louis Pasteur Ste 100 | San Antonio | San Antonio | TX | 78229 | 210-614-5433 | 210-614-4124 | centerdirector@sapregnancy.org |
| Life Choices Medical Clinic | 3234 Northwestern Dr | San Antonio | San Antonio | TX | 78238 | 210-543-7200 | 210-543-7200 | info@lifechoices-sa.com |
| Any Woman Can | 109 Gallery Circle, Ste. 115 | San Antonio | San Antonio | TX | 78258 | | 210-370-3939 | info@anywomancansa.com |