# Exhibit H

| | |
|---|---|
| **From:** | De LA Cruz, James (ACF) |
| **Sent:** | Monday, April 03, 2017 6:01 PM |
| **To:** | White, Jonathan (ACF) |
| **Cc:** | Sualog, Jallyn (ACF) |
| **Subject:** | RE: Kokopelli Client |
| **Attachments:** | FW: ▇ |

Hello Jonathan,

As of this afternoon the program has informed the UC mother and sponsor about the procedure which terminated ▇ pregnancy. The FFS has approved the release and the program is working to transport the girl to her sponsor\brother. I asked the FFS to schedule the transport no sooner than 48 hours from now in the event that Senior Management has another request prior to discharge.

Please also see the attachments sent by the FFS last Friday and today.


James S. De La Cruz
DHHS/ACF/ORR/DCS
Senior Federal Field Specialist Supervisor
Office of Refugee Resettlement
Division of Children's Services
Mary E. Switzer Building, 5th Floor (Room: 5223)
330 C Street SW
Washington, DC 20201
Office: 202-690-8477
Cell: 202-680-9355
Fax: 202-401-1022
http://www.acf.hhs.gov/programs/orr/programs/ucs

---

**From:** White, Jonathan (ACF)
**Sent:** Thursday, March 30, 2017 1:17 PM
**To:** De LA Cruz, James (ACF)
**Cc:** Sualog, Jallyn (ACF)
**Subject:** Fw: Kokopelli Client

Jim,

Please provide Scott's direction, below, through FFS team to program, re UC pending release at Kokopelli.

Let me know if there are any questions.

Jonathan

CDR Jonathan White
Deputy Director for Children's Programs
Office of Refugee Resettlement

1

Administration for Children and Families
Incident Commander, Unaccompanied Children Influx Response
(202) 690-6984 (office)
(202) 570-8916 (blackberry)
Jonathan.white@acf.hhs.gov

---

**From:** Lloyd, Scott (ACF)
**Sent:** Thursday, March 30, 2017 1:11:29 PM
**To:** White, Jonathan (ACF)
**Subject:** RE: Kokopelli Client

Thank you—the grantee or the federal field staff must notify her parents of the termination in this case.

This should happen alongside of resources to the UAC for post-abortion counseling as part of post-release care.

Please let me know there are any questions.

Scott

---

**From:** White, Jonathan (ACF)
**Sent:** Wednesday, March 29, 2017 10:07 PM
**To:** Lloyd, Scott (ACF)
**Subject:** Fw: Kokopelli Client

On the UC you asked me about today, [REDACTED] she is still physically in our care while her travel arrangements are finalized.

CDR Jonathan White
Deputy Director for Children's Programs
Office of Refugee Resettlement
Administration for Children and Families
Incident Commander, Unaccompanied Children Influx Response
(202) 690-6984 (office)
(202) 570-8916 (blackberry)
Jonathan.white@acf.hhs.gov

---

**From:** De LA Cruz, James (ACF)
**Sent:** Wednesday, March 29, 2017 9:57:54 PM
**To:** White, Jonathan (ACF)
**Subject:** Fw: Kokopelli Client

[REDACTED] informed me the program is still making travel arrangements. She is still physically at the program.

Jsd

---

**From:** De LA Cruz, James (ACF)
**Sent:** Wednesday, March 29, 2017 1:04:10 PM
**To:** [REDACTED] (ACF)
**Subject:** RE: Kokopelli - [REDACTED]

Can you find out if she has physically left. If not does she have a travel date.

CONFIDENTIAL – Subject to Protective Order            PRICE_PROD_00010867