# Exhibit I

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | Friday, March 31, 2017 8:03 PM |
| **To:** | De LA Cruz, James (ACF) |
| **Cc:** | ▮▮▮▮▮ |
| **Subject:** | FW: ▮▮▮▮▮ |
| **Attachments:** | Best Interests Recommendation for ▮▮▮▮▮ Termination of pregnancy |

Mr. De La Cruz,

I have attached the emails forwarded by the program, SWK Kokopelli, and by the assigned UC Child Advocate outlining their concerns in regards to the directives provided by ORR Headquarters in this case. I have reviewed the information and advised that I would be elevating the concerns.

Based on our staffing today, the review of the directives, and to provide clarity to said directives, the program and myself are being directed to:

(1) Immediately advise the UC that her mother will be notified and provided with information that; UC was impregnated in COO, UC terminated said pregnancy in the United States while in ORR Care despite the UC's affirmative declaration to keep said personal health information confidential.

(2) Immediately reevaluate the psychological state of UC after said disclosures and assess whether the UC is still willing to pursue placement with the current UC Sponsor, the UC's biological brother.

   a. If the UC desires to proceed with stated placement, the UC will be advised that the UC Sponsor, the UC's biological brother, will also be advised that; UC was impregnated in COO and further that the UC terminated said pregnancy in the United States while in ORR Care, despite the UC's affirmative declaration to keep said personal health information confidential.
   b. If the UC refuses to continue with stated placement, the program is to proceed with the disclosures noted in paragraph one and pursue contingent planning for the UC's placement with an alternate sponsor or for UC to continue in ORR care.



Thanks for your attention on this matter.



1