# Exhibit B

| | |
|---|---|
| **From:** | Wynne, Maggie (HHS/IOS) |
| **Sent:** | Saturday, March 04, 2017 1:47 PM |
| **To:** | Leggitt, Lance (HHS/IOS); Skrzycki, Kristin (HHS/IOS); Stannard, Paula (HHS/IOS); ▮▮▮▮▮▮▮▮▮; Murphy, Ryan (HHS/IOS) |
| **Cc:** | Bowman, Matthew (HHS/IOS); Flick, Heather (HHS/IOS); Lloyd, Scott E. (ACF) |
| **Subject:** | FW: Heightened Medical Procedures Guidance |
| **Attachments:** | medical_services_requiring_heightened_orr_involvement.pdf |
| **Importance:** | High |

All,

Here is a directive that the career Acting Director of the ACF Office of Refugee Resettlement (ORR), Ken Tota, sent last night to all ORR staff.

I will also send you in a separate email a similar communication to all ORR grantees caring for unaccompanied alien children (UACs or UCs).

▮▮▮ and Ryan,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the last few days have revealed that ORR-funded grantees have taken action in violation of the attached policy to procure abortions for minors in the ORR Director's care and custody without his authorization.

Maggie

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Friday, March 03, 2017 11:24 PM
**To:** Wynne, Maggie (HHS/IOS); Barlow, Amanda (ACF); Tota, Kenneth (ACF); White, Jonathan (ACF); Lloyd, Scott E. (ACF)
**Subject:** FW: Heightened Medical Procedures Guidance
**Importance:** High

Good evening,

For your records, below is the email sent to ORR staff.

Kindly,



**From:** ORR Director (ACF)
**Sent:** Friday, March 03, 2017 11:17 PM
**Subject:** Heightened Medical Procedures Guidance
**Importance:** High

Dear Colleagues,

1

I am writing to reinforce the importance of ORR policies and procedures related to Heightened Medical Procedures, including "significant medical or surgical procedures, abortions, and services that may threaten the life of a UAC."

Per the policy, "Grantees are prohibited from taking any actions in these cases without direction and approval from ORR." Approval for such procedures would be provided in the form of a signed authorization from the Director of ORR. To restate and reinforce the existing policy, ***grantees may not perform Heightened Medical Procedures without written authorization from the ORR Director***, except in emergency medical situations (as described in Emergency Medical Services, 3.05). Grantees should not conduct procedures, or take any steps that facilitate future procedures such as scheduling appointments, transportation, or other arrangements without signed written authorization from the ORR Director. Note that the requirement for written authorization by the ORR Director applies whether the procedure will be paid for with Federal funds or by other means.

In your role, please ensure close adherence and understanding of the policy. It is important that your discussions or correspondence in no way confer or imply approval. Approval can only be authorized by the ORR Director in writing.

The policy on Heightened Medical Procedures is attached. If there are questions or concerns, please do not hesitate to write.

Sincerely,
Ken Tota
Acting Director

CONFIDENTIAL – Subject to Protective Order                                   PRICE_PROD_00004529



**Thanks**

**From:** 
**Sent:** Wednesday, March 22, 2017 4:47 PM
**To:**
**Subject:** RE: ORR Guidance for Pregnant UC

,

Hope this email finds you well. I have a follow up question for you. In your email below, you state we cannot take a client to get a judicial bypass on a termination of pregnancy unless the ORR Director approves us to do so first. Isn't that contrary to state law? My understanding is that the judicial bypass was created specifically so that the young lady does not need approval from her guardian (in our case the Director of ORR) to move forward with a term of pregnancy. Has this policy been vetted by your legal department? I anticipate there would be legal challenges to this policy by advocacy groups that have historically represented our minors in these cases. Can you give me any feedback on this issue? Thanks.

1



**From:** ▮
**Sent:** Friday, March 10, 2017 2:38 PM
**To:** ▮
**Cc:** ▮ White, Jonathan (ACF) <Jonathan.White@ACF.hhs.gov>; Sualog, Jallyn (ACF) <Jallyn.Sualog@ACF.hhs.gov>; Tota, Kenneth (ACF) <kenneth.tota@acf.hhs.gov>; De LA Cruz, James (ACF) <James.DeLACruz@acf.hhs.gov>; ▮
**Subject:** ORR Guidance for Pregnant UC
**Importance:** High

Good afternoon! Effective immediately, ORR is requiring grantees to notify ORR through their assigned Federal Field Staff immediately of any request or interest on any girl's part in terminating her pregnancy. A response from ORR Director would be required before taking any next steps (i.e., scheduling appointments, pursuing a judicial bypass, or any other facilitative step).

2

Per the policy, "Grantees are prohibited from taking any actions in these cases without direction and approval from ORR." Approval for such procedures would be provided in the form of a signed authorization from the Director of ORR.  To restate and reinforce the existing policy, grantees may not perform Heightened Medical Procedures without written authorization from the ORR Director, except in emergency medical situations (as described in Emergency Medical Services). Grantees should not conduct procedures, or take any steps that facilitate future appointments without signed written authorization from the ORR Director. Note that the requirement for written authorization by the ORR Director applies whether the procedure will be paid for with Federal funds or by other means.

Please ensure close adherence and understanding of the policy.  Approval for such procedures can only be authorized by the ORR Director in writing.  Failure to adhere to this policy will be a significant issue of non-compliance.

If there are questions or concerns, please do not hesitate to contact your assigned Federal Field Staff for clarification.

Thank you!



3