# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | Civil No. 17-cv- |
| ERIC D. HARGAN, *et al.*, | |
| Defendants. | |

## CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)

Pursuant to Local Rule 65.1(a), the undersigned counsel for Plaintiff hereby certifies as follows:

(1) Copies of all pleadings and papers filed in this action to date, or to be presented to the Court at the hearing on the application for a Temporary Restraining Order, have been delivered to Defendants by email addressed to Peter J. Phipps, Senior Trial Counsel, United States Department of Justice, Civil Division, Federal Programs Branch, and Daniel VanHorn, Chief, Civil Division, United States Attorney's Office for the District of Columbia, at approximately 12:11 p.m. on October 13, 2017. A copy of the summons and file-stamped papers will be hand-delivered to the United States Attorney's Office promptly after receiving summonses from the Clerk of Court.

(2) The attorneys listed above have been notified that the time of presenting the application for the temporary restraining order to the Court has not yet been set by the Court; the attorneys listed above will be notified as soon as it is.

DATED: October 13, 2017                Respectfully submitted,

/s/ Arthur B. Spitzer

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Brigitte Amiri*
Meagan Burrows*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Jennifer L. Chou*
Mishan R. Wroe*
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*jchou@aclunc.org*
*mwroe@aclunc.org*

Melissa Goodman*
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Admission for pro hac vice forthcoming

*Attorneys for Plaintiff*