# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>     Defendants. | Civil No. 17-cv- 02122 |

## [Proposed] ORDER

Upon consideration of the motion to admit Brigitte Amiri to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: _____

_____
United States District Judge