AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Rochelle Garza | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-2122 |
| Eric Hargan, Acting Secretary of HHS, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States and Eric Hargan, Stephen Wagner, and Scott Lloyd in their official capacities only.

Date: 10/17/2017

/s/ Scott G. Stewart
*Attorney's signature*

Scott G. Stewart, #990396
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

*Address*

scott.g.stewart@usdoj.gov
*E-mail address*

(202) 307-6482
*Telephone number*

(202) 514-8071
*FAX number*