AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Rochelle Garza ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-02122-TSC |
| Eric Hargan, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae States of Texas, Arkansas, Louisiana, Michigan, Nebraska, Ohio, Oklahoma, South Carolina.

Date: 10/17/2017

/s/ Scott A. Keller
*Attorney's signature*

Scott A. Keller, TX0120
*Printed name and bar number*

Office of the Texas Attorney General
PO Box 12548, Mail Code 009
Austin, TX 78711-2548
*Address*

scott.keller@oag.texas.gov
*E-mail address*

(512) 936-1700
*Telephone number*

(512) 474-2697
*FAX number*