Page 11 / 11