UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>) No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRIGITTE AMIRI
IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Brigitte Amiri, declare as follows:

1. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation and counsel for Plaintiff in the above captioned matter. I have personal knowledge of the facts stated in this declaration and I could and would testify competently to them, if called to do so.

2. J.D. submitted a declaration in support of her Application for a Temporary Restraining Order and Motion for a Preliminary Injunction (ECF Doc. 3-3). A true and correct copy of J.D.'s declaration is also attached here as **Exhibit A**.

3. In support of Plaintiff's Motion for Class Certification, Plaintiff relies upon documents that the ACLU of Northern California received from Defendants in discovery in *ACLU of Northern California v. Burwell*, No. 3:16-cv-03539-LB (N.D. Cal. filed June 24, 2016). These documents establish the number of pregnant unaccompanied minors in Office of Refugee Resettlement (ORR) custody. A true and correct copy of the following select pages from Defendants' production of documents from that case are attached as follows:

4. **Exhibit B:** Internal ORR email regarding number of pregnancies and terminations for unaccompanied minors in ORR custody for Calendar Year 2014 and Calendar Year 2015. PRICE_PROD_00004600-4601.

5. **Exhibit C (Parts 1-6):** Spreadsheet containing information about the pregnancy outcomes of unaccompanied minors in ORR custody from approximately August 2015 to March 2017. PRICE_PROD_0009526-10059. Plaintiff's counsel used information from this spreadsheet to estimate the number of pregnant unaccompanied minors in ORR custody during 2016. Looking only at unaccompanied minors whose pregnancy was reported to their care provider in 2016, we counted each unaccompanied minor by their "UAC program ID" number, disregarding any duplicate or updated entries for each UAC program ID.

6. **Exhibit D:** Internal ORR email regarding number of pregnant unaccompanied minors in ORR custody as of March 6, 2017. PRICE_PROD_00011631-11632.

7. These documents have been redacted pursuant to the parties' protective order and further agreements.

8. I have been representing the Plaintiff in this matter since October 4, 2017.

9. I have been a Senior Staff Attorney at the ACLU's Reproductive Freedom Project since April, 2005 and have been counsel in cases involving classes, as well as numerous lawsuits challenging restrictions women's access to abortion and protecting women's right comprehensive reproductive health care, including: *Planned Parenthood MN, ND, SD v. Daugaard*, 799 F. Supp. 2d 1048 (D.S.D. 2011), a case involving South Dakota's restrictive abortion law that includes a requirement that women first visit a crisis pregnancy center before obtaining an abortion; *Northland Family Planning Clinic, Inc. v. Cox*, 487 F.3d 323 (6th Cir. 2007), a case challenging a Michigan statute that restricted doctors' performance of abortions;

*Am. Civil Liberties Union of Kansas & W. Missouri v. Praeger*, 863 F. Supp. 2d 1125 (D. Kan. 2012), a case challenging a ban on private insurance coverage for abortion in Kansas; *Am. Civil Liberties Union of Mass. v. Sebelius*, 821 F.Supp.2d 474 (D. Mass 2012), a case involving trafficking victims' access to reproductive health care; and *Ayotte v. Planned Parenthood of N. New England*, 546 U.S. 320 (2006), a case challenging a New Hampshire law requiring a minor to wait to obtain an abortion until 48 hours after parental notification, even in cases of medical emergency.

      10.    I have also been counsel in lawsuits involving First Amendment rights.

      11.    I will fairly and adequately represent the interests of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2017, in New York, New York.

                                                                   By: /s/ Brigitte Amiri_____
                                                                        Brigitte Amiri