# Exhibit B

## Gregg, Bobbie (ACF)

| | |
|---|---|
| **From:** | Wolff, Kate (ACF) |
| **Sent:** | Wednesday, February 24, 2016 3:36 PM |
| **To:** | Gregg, Bobbie (ACF); Cancian, Maria (ACF) |
| **Subject:** | RE: 5:00 PM Meeting with Deputy Secretary |

Late breaking update!

**From:** Wolff, Kate (ACF)
**Sent:** Wednesday, February 24, 2016 3:34 PM
**To:** Gregg, Bobbie (ACF); Cancian, Maria (ACF)
**Subject:** RE: 5:00 PM Meeting with Deputy Secretary

We are still working to get a final reconciled numbers for 2015, but here is a little more info:

| Calendar Year 2014 | |
|---|---|
| Pregnancies | 726 |
| Terminations | 5 (4 funded by ORR) |

| Calendar Year 2015 - Unreconciled | |
|---|---|
| Pregnancies | 450 est. |
| Terminations | 12 (6 funded by ORR) |

**From:** Gregg, Bobbie (ACF)
**Sent:** Wednesday, February 24, 2016 2:45 PM
**To:** Cancian, Maria (ACF)
**Cc:** Wolff, Kate (ACF)
**Subject:** 5:00 PM Meeting with Deputy Secretary

[redacted]

[redacted]

Bobbie Gregg
Deputy Director, Children's Services
Office of Refugee Resettlement
Office: 202-401-7269
Bobbie.Gregg@acf.hhs.gov