# Exhibit D

| | |
|---|---|
| From: | White, Jonathan (ACF) [Jonathan.White@ACF.hhs.gov] |
| Sent: | 3/10/2017 2:45:22 AM |
| To: | Tota, Kenneth (ACF) [kenneth.tota@acf.hhs.gov] |
| CC: | ▮▮▮▮▮▮▮▮▮▮ |
| Subject: | RE: pregnant girls estimate |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**From:** Tota, Kenneth (ACF)
**Sent:** Thursday, March 09, 2017 9:45 PM
**To:** White, Jonathan (ACF)
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: pregnant girls estimate

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On: 09 March 2017 19:34, "White, Jonathan (ACF)" <Jonathan.White@ACF.hhs.gov> wrote:

Update: we now have the list of programs identified as having one or more pregnant UC sheltered:

Currently housing at least 1 pregnant UC as of 3/8/2017:
1. BCFS San Antonio
2. BCFS San Antonio TFC
3. Bokenkamp TFC
4. CC Fort Worth LTFC
5. CC Houston
6. Crittenton Shelter
7. IES Brownsville
8. IES Driscoll
9. IES Harlingen
10. IES Hidalgo
11. IES Palm Valley
12. IES San Benito
13. Seton Home
14. Southwest Key Campbell
15. Southwest Key Casa Phoenix
16. Southwest Key Casa Quetzal
17. Southwest Key Glendale
18. Youth For Tomorrow

Several of these are programs with faith-based objections to participating in abortion. We will do some targeted outreach tomorrow to the others.

Jonathan

CDR Jonathan White
Deputy Director for Children's Programs
Office of Refugee Resettlement
Administration for Children and Families
Incident Commander, Unaccompanied Children Influx Response
(202) 690-6984 (office)
(202) 570-8916 (blackberry)
Jonathan.white@acf.hhs.gov

---

**From:** White, Jonathan (ACF)
**Sent:** Thursday, March 9, 2017 6:56:36 PM
**To:** Tota, Kenneth (ACF)
**Cc:** 
**Subject:** FW: pregnant girls estimate

Ken,

To respond to Scott's request earlier this week, the DHUC staff and DUCO Data Team have identified **38 pregnant girls currently in ORR care** as of yesterday's date. They are in 18 programs (which I have asked to have identified if possible so we can specifically follow up with each program. This estimate is based on a cross-check of data pulled from pregnancy-related Treatment Authorization Requests, UAC Medical Module Portal data, Serious Incident Reports, and verification calls to the programs. As I indicated to Scott earlier this week, this is not 100% foolproof data but our best available estimate from the data.

I will provide to Scott once you OK me to do so.

Jonathan