# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ERIC D. HARGAN, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. 17-cv-02122-TSC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

Plaintiff hereby gives notice of the filing of additional exhibit papers in support of her motion for class certification (ECF #18).

Exhibit C to the Declaration of B. Amiri was too large to be accepted by the ECF system, so Plaintiff now files that Exhibit in six parts in this separate filing event.

October 18, 2017

Respectfully submitted,

/s/ Scott Michelman

Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*smichelman@acludc.org*

Attorney for Plaintiff