# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>    Defendants. | Civil Action No 1:17-cv-02122-TSC |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants Eric D. Hargan, Acting Secretary of the Department of Health and Human Services, Stephen Wagner, Acting Assistant Secretary for the Administration of Children and Families, and Scott Lloyd, Director of the Office of Refugee Resettlement, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on October 18, 2017, ECF No. 20.

October 18, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

SCOTT G. STEWART (D.C. Bar No. 990396)
Deputy Assistant Attorney General

By: *s/ Alexander K. Haas*
ALEXANDER K. HAAS (D.C. Bar No. 1007081)
Special Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20430
Tel: (202) 353-8679
Fax: (202) 252-2599
Email: alex.haas@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

*s/ Alexander K. Haas*
ALEXANDER K. HAAS
