# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:17−cv−02122−TSC
## *Internal Use Only*

| | |
|---|---|
| GARZA v. HARGAN et al | Date Filed: 10/13/2017 |
| Assigned to: Judge Tanya S. Chutkan | Jury Demand: None |
| Cause: 28:2201 Injunction | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ROCHELLE GARZA**　　　　　　　　　represented by　**Arthur B. Spitzer**
*As guardian ad litem to unaccompanied*　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
*minor J.D., on behalf of herself and*　　　　　　　　　OF THE DISTRICT OF COLUMBIA
*others similarly situated*　　　　　　　　　　　　　　4301 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 434
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20008
　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 457−0800 x1004
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 457−0805
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: artspitzer@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Daniel Mach**
　　　　　　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　　　　　　FOUNDATION
　　　　　　　　　　　　　　　　　　　　　　　　　　915 15th Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 548−6604
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 546−0738
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dmach@aclu.org
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Scott Michelman**
　　　　　　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　　　　　　OF THE DISTRICT OF COLUMBIA
　　　　　　　　　　　　　　　　　　　　　　　　　　4301 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 434
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20008
　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 601−4267
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 457−0805
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: smichelman@acludc.org
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Brigitte Amiri**
　　　　　　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION

|  |  |
|---|---|
|  | FOUNDATION<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212−549−2500<br>Fax: 212−549−2652<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **ERIC HARGAN**<br>*Acting Secretary, Health and Human Services* | represented by | **Alexander Kenneth Haas**<br>U.S. DEPARTMENT OF JUSTICE<br>U.S. Attorney's Office – District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 353−8679<br>Fax: (202) 616−8470<br>Email: alexander.haas@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah B. Fabian**<br>U.S. DEPARTMENT OF JUSTICE<br>Ben Franklin Station<br>P.O. Box 868<br>Washington, DC 20044<br>(202) 532−4824<br>Fax: (202) 616−8962<br>Email: sarah.b.fabian@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott G. Stewart**<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 307−6482<br>Fax: (202) 514−8071<br>Email: scott.g.stewart@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **STEPHEN WAGNER**<br>*Acting Assistant Secretary, Administration for Children and Families* | represented by | **Alexander Kenneth Haas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Scott G. Stewart**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SCOTT LLOYD**<br>*Director, Office of Refugee Resettlement* | represented by | **Alexander Kenneth Haas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Scott G. Stewart**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Scott A. Keller**<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>209 West 14th Street<br>7th Floor (MC 059)<br>Austin, TX 78701<br>(512) 936–2725<br>Fax: (512) 474–2697<br>Email: scott.keller@texasattorneygeneral.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

**STATE OF ARKANSAS**

**Movant**

**STATE OF LOUISIANA**

**Movant**

**STATE OF MICHIGAN**

**Movant**

**STATE OF NEBRASKA**

**Movant**

**STATE OF OHIO**

**Movant**

**STATE OF OKLAHOMA**

**Movant**

**STATE OF SOUTH CAROLINA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/13/2017 | 1 | | COMPLAINT *and Application for TRO and PI* against All Defendants ( Filing fee $ 400 receipt number 0090–5157959) filed by ROCHELLE GARZA. (Attachments: # 1 Civil Cover Sheet, # 2 Summons for Hargan, # 3 Summons for Wagner, # 4 Summons for Lloyd, # 5 Summons for Attormey General, # 6 Summons for U.S. Attorney, # 7 Application for temporary restraining order, # 8 EMERGENCY Motion to shorten defendants' time to respond, # 9 Proposed order shortening defendants' time to respond, # 10 Request for TRO hearing, # 11 Motion for preliminary injunction, # 12 Memorandum in support of application for TRO and motion for preliminary injunction, # 13 Declaration of J.D.–Redacted, # 14 Declaration of Brigitte Amiri, # 15 Exhibit A, # 16 Exhibit B, # 17 Exhibit C, # 18 Exhibit D, # 19 Exhibit E, # 20 Exhibit F, # 21 Exhibit G, # 22 Exhibit H, # 23 Exhibit I, # 24 Exhibit J, # 25 Proposed temporary restraining order, # 26 Proposed preliminary injunction, # 27 Certificate required by Local Civil Rule 65.1(a))(Spitzer, Arthur) (Entered: 10/13/2017) |
| 10/13/2017 | 2 | | NOTICE of Appearance by Sarah B. Fabian on behalf of ERIC HARGAN (Fabian, Sarah) (Entered: 10/13/2017) |
| 10/13/2017 | | | Case Assigned to Judge Tanya S. Chutkan. (sth) (Entered: 10/16/2017) |
| 10/14/2017 | 3 | | MOTION for Temporary Restraining Order by ROCHELLE GARZA (Attachments: # 1 Request for TRO hearing, # 2 Memorandum in Support, # 3 Declaration of J.D. – Redacted, # 4 Declaration of Brigitte Amiri, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Proposed temporary restraining order, # 16 Certificate Pursuant to Local Civil Rule 65)(Spitzer, Arthur) (Entered: 10/14/2017) |
| 10/14/2017 | 4 | | Emergency MOTION for an Order Shortening defendants' Time in Which to respond to Plaintiff's Appliction for a Temporary Restraining Order by ROCHELLE GARZA (Attachments: # 1 Text of Proposed Order)(Spitzer, Arthur) (Entered: 10/14/2017) |
| 10/14/2017 | 5 | | MOTION for Preliminary Injunction by ROCHELLE GARZA (Attachments: # 1 Memorandum in Support of Motion for Preliminary Injunction, # 2 Declaration of J.D. – Redacted, # 3 Declaration of Brigitte Amiri, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Proposed Preliminary Injunction)(Spitzer, Arthur) (Entered: 10/14/2017) |
| 10/14/2017 | 6 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brigitte Amiri, :Firm– American Civil Liberties Union Foundation, :Address– 125 Broad Street, 18th Floor, New York, NY 10004. Phone No. – 212–549–2500. Fax No. – 212–549–2652 Filing fee $ 100, receipt number 0090–5159509. Fee Status: Fee Paid. by ROCHELLE GARZA (Attachments: # 1 Declaration of Brigitte Amiri, # 2 Text of Proposed Order)(Spitzer, Arthur) (Entered: 10/14/2017) |
| 10/16/2017 | 7 | | SUMMONS (5) Issued Electronically as to ERIC HARGAN, SCOTT LLOYD, STEPHEN WAGNER, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(sth) (Entered: 10/16/2017) |

| | | | |
|---|---|---|---|
| 10/16/2017 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 10/16/2017. Answer due for ALL FEDERAL DEFENDANTS by 12/15/2017. (Attachments: # 1 Declaration of service)(Spitzer, Arthur) (Entered: 10/16/2017) |
| 10/17/2017 | | | MINUTE ORDER granting in part and denying in part 4 Motion for Expedited Briefing. Defendants' response is due at 7:00 PM on 10/17/2017. Any reply would be due prior to 12:00 PM on 10/18/2017. The court will hold a hearing at 12:00 PM on 10/18/2017 in Courtroom 2. Signed by Judge Tanya S. Chutkan on 10/17/2017. (lctsc3) (Entered: 10/17/2017) |
| 10/17/2017 | | | Set/Reset Deadlines/Hearings: Response due 7:00 p.m. on 10/17/2017. Reply due by 12:00 on 10/18/2017. Preliminary Injunction Hearing set for 10/18/2017 at 12:00 PM in Courtroom 2 before Judge Tanya S. Chutkan. (tb) (Entered: 10/17/2017) |
| 10/17/2017 | 9 | | NOTICE of Appearance by Alexander Kenneth Haas on behalf of ERIC HARGAN (Haas, Alexander) (Entered: 10/17/2017) |
| 10/17/2017 | 10 | | RESPONSE re 3 MOTION for Temporary Restraining Order , 5 MOTION for Preliminary Injunction filed by ERIC HARGAN, SCOTT LLOYD, STEPHEN WAGNER. (Attachments: # 1 Declaration Declaration of Jonathan White)(Haas, Alexander) (Entered: 10/17/2017) |
| 10/17/2017 | 11 | | NOTICE of Appearance by Scott G. Stewart on behalf of All Defendants (Stewart, Scott) (Entered: 10/17/2017) |
| 10/17/2017 | 12 | | NOTICE of Appearance by Scott A. Keller on behalf of TEXAS, STATE OF (Keller, Scott) (Entered: 10/17/2017) |
| 10/17/2017 | 13 | | MOTION for Leave to File *Brief of Texas et al. as Amici Curiae* by TEXAS, STATE OF (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Brief of Amici Curiae in Support of Defendant)(Keller, Scott) (Entered: 10/17/2017) |
| 10/18/2017 | 14 | | ENTERED IN ERROR.....REPLY to opposition to motion re 3 MOTION for Temporary Restraining Order , 5 MOTION for Preliminary Injunction filed by ROCHELLE GARZA. (Spitzer, Arthur) Modified on 10/19/2017 (znmw). (Entered: 10/18/2017) |
| 10/18/2017 | 15 | | REPLY to opposition to motion re 3 MOTION for Temporary Restraining Order , 5 MOTION for Preliminary Injunction *[re−filed]* filed by ROCHELLE GARZA. (Spitzer, Arthur) (Entered: 10/18/2017) |
| 10/18/2017 | | | MINUTE ORDER: Granting 6 Motion for Leave to Appear Pro Hac Vice. Brigitte Amiri is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff. Signed by Judge Tanya S. Chutkan on 10/18/17. (DJS) (Entered: 10/18/2017) |
| 10/18/2017 | | | Minute Entry: Preliminary Injunction Hearing held on 10/18/2017 for proceedings held before Judge Tanya S. Chutkan: Motion heard and ruling to be issued by 5:00 p.m. today. (Court Reporter Pat Kaneshiro−Miller) (tb) (Entered: 10/18/2017) |
| 10/18/2017 | 16 | | NOTICE of Appearance by Daniel Mach on behalf of ROCHELLE GARZA (Mach, Daniel) (Entered: 10/18/2017) |

| | | | |
|---|---|---|---|
| 10/18/2017 | 17 | | NOTICE of Appearance by Scott Michelman on behalf of All Plaintiffs (Michelman, Scott) (Entered: 10/18/2017) |
| 10/18/2017 | 18 | | MOTION to Certify Class by ROCHELLE GARZA (Attachments: # 1 Declaration of A. Spitzer in support of class cert., # 2 Declaration of S. Michelman in support of class cert., # 3 Declaration of B. Amiri in support of class cert., # 4 Exhibit A to Decl. of B. Amiri, # 5 Exhibit B to Decl. of B. Amiri, # 6 Exhibit D to Decl. of B. Amiri, # 7 Text of Proposed Order)(Michelman, Scott) (Entered: 10/18/2017) |
| 10/18/2017 | 19 | | NOTICE *of Filing of Additional Exhibit* by ROCHELLE GARZA re 18 MOTION to Certify Class (Attachments: # 1 Exhibit Ex. C. to Decl. of B. Amiri in support of class cert. (part 1 of 6), # 2 Exhibit Ex. C. to Decl. of B. Amiri in support of class cert. (part 2 of 6), # 3 Exhibit Ex. C. to Decl. of B. Amiri in support of class cert. (part 3 of 6), # 4 Exhibit Ex. C. to Decl. of B. Amiri in support of class cert. (part 4 of 6), # 5 Exhibit Ex. C. to Decl. of B. Amiri in support of class cert. (part 5 of 6), # 6 Exhibit Ex. C. to Decl. of B. Amiri in support of class cert. (part 6 of 6))(Michelman, Scott) (Entered: 10/18/2017) |
| 10/18/2017 | 20 | 9 | ORDER granting 3 Motion for TRO. Signed by Judge Tanya S. Chutkan on 10/18/2017. (lctsc3) (Entered: 10/18/2017) |
| 10/18/2017 | 21 | 7 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 20 Order on Motion for TRO by STEPHEN WAGNER, ERIC HARGAN, SCOTT LLOYD. Fee Status: No Fee Paid. Parties have been notified. (Haas, Alexander) (Entered: 10/18/2017) |
| 10/19/2017 | | 11 | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 14 Reply to opposition to Motion was entered in error (incorrect/blank document) and was refiled as Docket Entry 15 Reply to opposition to Motion. (znmw) (Entered: 10/19/2017) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>     Defendants. | Civil Action No 1:17-cv-02122-TSC |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants Eric D. Hargan, Acting Secretary of the Department of Health and Human Services, Stephen Wagner, Acting Assistant Secretary for the Administration of Children and Families, and Scott Lloyd, Director of the Office of Refugee Resettlement, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on October 18, 2017, ECF No. 20.

October 18, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

SCOTT G. STEWART (D.C. Bar No. 990396)
Deputy Assistant Attorney General

By: *s/ Alexander K. Haas*
ALEXANDER K. HAAS (D.C. Bar No. 1007081)
Special Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20430
Tel: (202) 353-8679
Fax: (202) 252-2599
Email: alex.haas@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

*s/ Alexander K. Haas*
ALEXANDER K. HAAS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>                Defendants. | Civil Action No. 17-cv-02122 (TSC) |

## **TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's application for a temporary restraining order, and any opposition, reply, and further pleadings and arguments;

It appears to the Court that: (1) Plaintiff is likely to succeed on the merits of her action; (2) if Defendants are not immediately restrained from preventing her transportation to an abortion facility or otherwise interfering with or obstructing her access to an abortion—including by further forcing her to disclose her abortion decision against her will or disclosing her decision themselves, forcing her to obtain pre- and/or post-abortion counseling from an anti-abortion entity, and/or retaliating against her for her abortion decision—Plaintiff J.D. will suffer irreparable injury in the form of, at a minimum, increased risk to her health, and perhaps the permanent inability to obtain a desired abortion to which she is legally entitled; (3) the Defendants will not be harmed if such an order is issued; and (4) the public interest favors the entry of such an order. It is, therefore,

ORDERED that Plaintiff's application for a temporary restraining order is hereby GRANTED, and that Defendants Eric Hargan, Steven Wagner, and Scott Lloyd (along with their

respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are, for fourteen days from the date shown below, hereby:

1. Required to transport J.D.—or allow J.D. to be transported by either her guardian or attorney ad litem—**promptly and without delay** to the abortion provider closest to J.D.'s shelter in order to obtain the counseling required by state law on October 19, 2017, and to obtain the abortion procedure on October 20, 2017 and/or October 21, 2017, as dictated by the abortion providers' availability and any medical requirements.  If transportation to the nearest abortion provider requires J.D. to travel past a border patrol checkpoint, Defendants are restrained from interfering with her ability to do so and are ordered to provide any documentation necessary for her to do so;

2. Temporarily restrained from interfering with or obstructing J.D.'s access to abortion counseling or an abortion;

3. Temporarily restrained from further forcing J.D. to reveal her abortion decision to anyone, or revealing it to anyone themselves;

4. Temporarily restrained from retaliating against J.D. based on her decision to have an abortion;

5. Temporarily restrained from retaliating or threatening to retaliate against the contractor that operates the shelter where J.D. currently resides for any actions it has taken or may take in facilitating J.D.'s ability to access abortion counseling and an abortion.

It is further ORDERED that Plaintiff shall not be required to furnish security for costs.  Failure to comply with the terms of this Order may result in a finding of contempt.

Date: October 18, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Scott A. Keller (sabrina.wycolff@texasattorneygeneral.gov,
scott.keller@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov), Scott
Michelman (estamp@acludc.org, smichelman@acludc.org), Alexander Kenneth Haas
(alex.haas@usdoj.gov, alexander.haas@usdoj.gov), Daniel Mach (dmach@aclu.org,
rguterman@aclu.org), Arthur B. Spitzer (artspitzer@gmail.com), Scott G. Stewart
(scott.g.stewart@usdoj.gov), Sarah B. Fabian (sarah.b.fabian@usdoj.gov), Judge Tanya S.
Chutkan (anisha_queen@dcd.uscourts.gov, chike_croslin@dcd.uscourts.gov,
delores_simmons@dcd.uscourts.gov, matthew_vigeant@dcd.uscourts.gov,
shira_tevah@dcd.uscourts.gov, tanya_s._chutkan@dcd.uscourts.gov,
tim_bradley@dcd.uscourts.gov, tsc_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Joshua A. Gerstein (jgerstein@politico.com), Spencer S. Hsu
(spencer.hsu@washpost.com), Theodore W. Hesson (thesson@politico.com), Alan Robert Kabat
(kabat@bernabeipllc.com), Zoe M. Tillman (zoe.tillman@buzzfeed.com), Joel L. McElvain
(joel.l.mcelvain@usdoj.gov)
--No Notice Sent:

Message-Id:5262077@dcd.uscourts.gov
Subject:Activity in Case 1:17-cv-02122-TSC GARZA v. HARGAN et al Notice of Corrected
Docket Entry
Content-Type: text/html
```

## U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 10/19/2017 at 9:15 AM and filed on 10/19/2017

**Case Name:**     GARZA v. HARGAN et al
**Case Number:**   1:17-cv-02122-TSC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry [14] Reply to opposition to Motion was entered in error (incorrect/blank document) and was refiled as Docket Entry [15] Reply to opposition to Motion. (znmw)**

**1:17-cv-02122-TSC Notice has been electronically mailed to:**

Arthur B. Spitzer     artspitzer@gmail.com

Daniel Mach     dmach@aclu.org, rguterman@aclu.org

Alexander Kenneth Haas     alexander.haas@usdoj.gov, alex.haas@usdoj.gov

Scott Michelman     smichelman@acludc.org, estamp@acludc.org

Sarah B. Fabian     sarah.b.fabian@usdoj.gov

11

Scott G. Stewart     scott.g.stewart@usdoj.gov

Scott A. Keller     scott.keller@texasattorneygeneral.gov, sabrina.wycolff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov

**1:17−cv−02122−TSC Notice will be delivered by other means to::**

Brigitte Amiri
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004