UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-cv-02122 (TSC)<br>)<br>)<br>)<br>)<br>) |

**FINDINGS OF FACT IN SUPPORT OF
AMENDED TEMPORARY RESTRAINING ORDER**

The court makes the following findings of fact in support of its Amended Temporary Restraining Order (ECF No. 29):

1. Plaintiff J.D. is a 17 year-old unaccompanied minor who entered the United States without legal documentation in September 2017.  (Decl. of J.D., ECF No. 3-3).

2. J.D. was detained at the U.S. border, and was remanded to a shelter in Texas under a cooperative agreement with the Office of Refugee Resettlement (ORR) on September 8, 2017.  (Decl. of Jonathan White, ECF No. 25-1).

3. After entering the U.S., J.D. received a medical evaluation and confirmation that she was pregnant.  (Decl. of Jonathan White, ECF No. 25-1).

4. J.D. chose to terminate her pregnancy.  Pursuant to Texas law, and with the assistance of an appointed guardian ad litem and attorney ad litem, she sought a judicial bypass of Texas's parental notification and consent requirements, which she received on September 25, 2017.

1

5.  In March 2017, the ORR announced that all federally funded shelters are prohibited from taking "any action that facilitates" abortion access for unaccompanied minors absent "direction and approval from the Director of the ORR."  (ECF No. 3–5 at 2).

6.  J.D. sought to obtain the state-mandated counseling and the abortion procedure on September 28, 2017 and September 29, 2017.  Pursuant to its new policy enacted in March 2017, Defendants refused, and have continued to refuse to transport her to the facility and refused to allow anyone else to transport her to the facility. (ECF No. 3-4).

7.  Although Defendants have taken steps to dissuade J.D. from having an abortion, including requiring her to obtain counseling from a religiously affiliated crisis pregnancy center and view a sonogram, J.D. remains steadfast in her desire to terminate her pregnancy.  (Decl. of J.D., ECF No. 3-3).

8.  Defendants maintain that J.D. may obtain an abortion only if (1) an individual indicates his or her willingness to serve as a sponsor for J.D., qualifies for that position under applicable legal requirements, completes the administrative review process, and is approved by ORR, or (2) J.D. voluntarily returns to her home country, where Defendants concede abortion is illegal.

9.  The process of identifying, vetting, and approving sponsors is lengthy and complex, involving multiple steps that can take weeks or months to complete.  The process typically involves completion and submission of an application, requirements for extensive documentation of prior relationship to the minor and/or the minor's family, background checks, home visits, and multiple stages of administrative review.  The minor has no control over the sponsorship process, and ultimately the decision whether to

approve a particular sponsor rests with ORR.  (Decl. of Robert Carey, ECF No. 23-1 at 2, 4, 5–7).

10. J.D. has obtained private funding to pay for the abortion, and her guardian and/or attorney ad litem have agreed to transport her to the abortion facility.

11. Texas law requires that an individual seeking an abortion must undergo counseling at least 24 hours in advance of the procedure by the same doctor who will perform the procedure.  Oral Arg. 1:13:45–1:15:10.

12. J.D. first sought to terminate her pregnancy in late September, when she was approximately 11 weeks pregnant.  She received judicial authorization on September 25, 2017.  She is now approximately 15 weeks pregnant.  Under Texas law, abortions are illegal after 20 weeks, and some doctors refuse to perform an abortion after more than 15.6 weeks.  Oral Arg. 1:13:45–1:15:10.

Date: October 24, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge