# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 17-5032**  **September Term, 2017**

1:16-cv-02095-UNA

Filed On: October 24, 2017 [1701067]

Juan Gabriel Cisneros,

    Appellant

v.

Office of the Attorney General, et al.,

    Appellees

### M A N D A T E

In accordance with the judgment of August 29, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken R. Meadows
Deputy Clerk

Link to the judgment filed August 29, 2017