# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated, <br><br>　　　　Plaintiffs, <br><br>　　　　　v. <br><br>ERIC D. HARGAN, Acting Secretary, Health and Human Services, et al.; <br><br>STEPHEN WAGNER, Acting Assistant Secretary for Administration for Children and Families, in his official and individual capacity; and <br><br>SCOTT LLOYD, Director of Office of Refugee Resettlement, in his official and individual capacity; <br><br>　　　　Defendants. | Civil Action No. 17-cv-02122-TSC |

## NOTICE OF SUBSTITUTION OF COUNSEL

May the Clerk of the Court and all parties take notice of the following:

1. Alexander K. Haas hereby withdraws his appearance on behalf of Eric D. Hargan, Acting Secretary of HHS, and all other Defendants in their official capacities;

2. Scott G. Stewart hereby withdraws his appearance on behalf of Eric D. Hargan, Acting Secretary of HHS, and all other Defendants in their official capacities; and

3. Undersigned counsel, Joseph A. Darrow, hereby enters his appearance on behalf of Eric D. Hargan, Acting Secretary of HHS, and all other Defendants in their official

capacities only. Undersigned counsel is authorized to appear in this case under the rules of this District Court. His contact information is:

> Joseph A. Darrow
> NY Bar #5326939
> Trial Attorney
> United States Department of Justice
> Civil Division
> Office of Immigration Litigation-DCS
> P.O. Box 868, Ben Franklin Station
> Washington, D.C. 20044
> Phone:  (202) 598-2445
> Fax:  (202) 305-7000
> E-mail:  joseph.a.darrow@usdoj.gov

DATE:  October 26, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST J. FLENTJE
Special Counsel to the Assistant Attorney General

s/ *Joseph A. Darrow*
JOSEPH A. DARROW
CATHERINE DORSEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-2445
Fax: (202) 305-7000
Email: joseph.a.darrow@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, Notice of Substitution of Counsel, was filed electronically via the Court's electronic filing system and will be served this same day, October 26, 2017, on counsel of record for Plaintiffs, who is a registered electronic filer.

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice