# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC D. HARGAN, Acting Secretary, Health and Human Services, et al.;<br><br>STEPHEN WAGNER, Acting Assistant Secretary for Administration for Children and Families, in his official and individual capacity; and<br><br>SCOTT LLOYD, Director of Office of Refugee Resettlement, in his official and individual capacity;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE

Defendants in their official capacities, by and through undersigned counsel,[1] hereby file this for an order from this Court extending the briefing deadline for Defendants' responses to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 5, and Motion for Class Certification, ECF No. 18, and Plaintiffs' replies to those responses.

In support of this request, the parties state the following:

---

[1] Undersigned counsel Joseph A. Darrow only represents Defendants as sued in their official capacities.

1. Plaintiffs filed a motion seeking a preliminary injunction on a putative-class-wide basis on October 13, 2017. ECF No. 5.

2. Defendants' deadline to respond to the motion for a preliminary injunction under the Local Rules is October 27, 2017. *See* D.D.C. Local R. 7(b).

3. Plaintiffs filed a motion seeking class certification on October 18, 2017. ECF No. 18.

4. Defendants' deadline to respond to the class-certification motion under the Local Rules is November 1, 2017. *See* D.D.C. Local R. 7(b).

5. Counsel for Defendants in their official capacities was just re-assigned this case and requires some time to review the filings. Further, up until yesterday, the parties have been involved in intensive emergency litigation involving aspects of this Court's injunctive order. Defendants would thus benefit from a brief extension of time to review and prepare these time-intensive motions.

6. Accordingly, Defendants respectfully seek an extension of their response deadlines for the preliminary injunction motion and class certification motion until November 29, 2017.

7. On October 25, 2017, and October 26, 2017, counsel for Defendants in their official capacities conferred with counsel for Plaintiffs via email and telephone pursuant to Local Rule 7(m). Plaintiffs opposed this specific extension request and the parties were unable to reach agreement on an alternative stipulated briefing schedule by the time Defendants had to file their motion, which therefore lacks Plaintiffs' assent.

8. Defendants submit that this extension request is not for the purpose of undue delay and will not result in prejudice to either party.

Accordingly, Defendants respectfully request that the Court extend the preliminary-injunction and class-certification motion response, as described above.

DATE:  October 26, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST J. FLENTJE
Special Counsel to the Assistant Attorney
General

s/ *Joseph A. Darrow*
JOSEPH A. DARROW
CATHERINE DORSEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-2445
Fax: (202) 305-7000
Email: joseph.a.darrow@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, Defendants' Opposed Motion for Extension of the Briefing Schedule, was filed electronically via the Court's electronic filing system and will be served this same day, October 26, 2017, on counsel of record for Plaintiffs, who is a registered electronic filer.

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice