# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>ERIC D. HARGAN, Acting Secretary, Health and Human Services, et al.;<br><br>STEPHEN WAGNER, Acting Assistant Secretary for Administration for Children and Families, in his official and individual capacity; and<br><br>SCOTT LLOYD, Director of Office of Refugee Resettlement, in his official and individual capacity;<br><br>      Defendants. | Civil Action No. 17-cv-02122-TSC<br><br>**[PROPOSED] ORDER** |

For good cause shown, the Court hereby GRANTS the Defendants' Opposed Motion for an Extension of the Briefing Schedule. Defendants' deadlines to respond to Plaintiffs' Motion for a Preliminary Injunction and Motion for Class Certification are hereby extended to November 29, 2017.

It is SO ORDERED.

Signed this __day of _____, 2017.

                                                                                                    _____
                                                                                                    TANYA S. CHUTKAN
                                                                                                    UNITED STATES DISTRICT JUDGE