**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of J.D. and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, Acting Secretary, Health and Human Services, et al.;<br><br>STEPHEN WAGNER, Acting Assistant Secretary for Administration for Children and Families, in his official and individual capacity; and<br><br>SCOTT LLOYD, Director of Office of Refugee Resettlement, in his official and individual capacity;<br><br>Defendants. | ) | Civil Action No. 17-cv-02122-TSC |

**NOTICE OF ERRATA**

Defendants, in their official capacities, respectfully notify the Court that they have already submitted their response to Plaintiffs' Motion for a Preliminary Injunction—Defendants' "Memorandum of Law in Opposition to Plaintiff's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction," ECF No. 10. Therefore, no additional response—the partial subject of Defendants' extension motion, ECF No. 35—would be appropriate absent a further order from the Court.

Defendants' response to Plaintiff's Motion for Class Certification, ECF No. 18, is due November 1, 2017. The appropriateness of class certification should be addressed before class-

wide relief is considered, even on Plaintiff's Motion for a Preliminary Injunction. ECF No. 5. Defendants' reaffirm their request for an extension of time to file that opposition. *See* Defendants' Opposed Motion for Extension of the Briefing Schedule, ECF No. 35.

| | |
|---|---|
| DATE: October 27, 2017 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |
| | AUGUST J. FLENTJE<br>Special Counsel to the Assistant Attorney General |
| | s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>CATHERINE DORSEY<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-2445<br>Fax: (202) 305-7000<br>Email: joseph.a.darrow@usdoj.gov |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, Notice of Errata, was filed electronically via the Court's electronic filing system and will be served this same day, October 27, 2017, on counsel of record for Plaintiffs, who is a registered electronic filer.

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice