# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-02122 (TSC) |

## ORDER

Upon consideration of Defendants' Opposed Motion for Extension of the Briefing Schedule (ECF No. 35) and Plaintiffs' opposition thereto (ECF No. 37), along with Plaintiffs' Cross-Motion for Extension of the Amended Temporary Restraining Order (ECF No. 38), the court hereby GRANTS in part and DENIES in part Defendants' Opposed Motion for Extension of the Briefing Schedule. Defendants' Response to Plaintiffs' Motion for Class Certification is due on November 20, 2017. Plaintiffs' reply, if any, is due on November 27, 2017.

The court further orders that Plaintiffs' Cross-Motion for Extension of the Amended Temporary Restraining Order is GRANTED. The requirements of paragraphs 3 and 4 of the Amended Temporary Restraining Order entered on October 24, 2017 are hereby extended until further order of the court.

Date: October 30, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge