IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, et al. | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:17-cv-2122 |
| ERIC HARGAN, et al. | ) Filed Under Seal ) ) |
| Defendants. | ) ) |

### DECLARATION OF JONATHAN WHITE, DEPUTY DIRECTOR FOR CHILDREN'S PROGRAMS, OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATION FOR CHILDREN AND FAMILIES, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

I, Jonathan White, for my declaration pursuant to 28 U.S.C. § 1746, hereby state and depose as follows, based on my personal knowledge and information provided to me in the course of my official duties:

1. I am the Deputy Director for Children's Programs of the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS").

2. I am familiar with ORR policies and procedures concerning requests for and approval of medical procedures, including abortions, on unaccompanied alien children ("UACs") in ORR care and custody, and on the procedures involved when ORR approves medical procedures.

3. I am also familiar with the policies, procedures, decisions, and case details concerning the minor identified in the complaint as J.D. and her request for an abortion.

4. J.D.'s case file, which was shared with J.D.'s attorneys on September 29, and which in this respect was created by staff of the shelter that is providing her care under a cooperative agreement with ORR, reflects that during the normal intake process after the minor entered the shelter: "Minor stated she has a strong communication and relationship with her family. Minor denied any maltreatment and/or type of abuse."

5. Promptly after J.D. entered care of the shelter, ███████████, J.D. was taken to a community health provider for a medical evaluation by a physician pursuant to normal process for UACs. At that appointment J.D. was diagnosed as pregnant or possibly pregnant. On ███████████, J.D. was taken for an appointment with an Ob/Gyn who confirmed that she was pregnant.

6. During the intake process J.D. indicated she had ███ in the country who might be a possible sponsor. Shelter staff promptly contacted this person to inquire about her interest in sponsoring J.D. The person was ████████████████████████████. The person initially indicated she was interested in sponsoring J.D. The person subsequently did not submit a sponsorship application, despite follow-up conversations with this person and shelter staff.

7. The first potential sponsor of J.D. with whom shelter staff spoke indicated that there might be another potential sponsor, ██████████████████████. Shelter staff promptly contacted that person, but ██ indicated ██ was not willing to sponsor the minor.

8. On September 15, 2017, shelter staff informed J.D. about these attempts to locate sponsors. J.D.'s case file indicates that J.D. told shelter staff "she (minor) wants to return to COO [Country of Origin]."

9. J.D.'s case file further indicates that J.D. "agreed to physical exam and sonogram" by a physician and nurse offering "life affirming pregnancy counseling and sonogram" on ▇▇▇▇▇▇▇▇▇▇.

10. Shelter staff continued to inquire about other possible sponsors. Shelter staff contacted J.D.'s mother in the COO to inquire about other potential sponsors. J.D.'s mother indicated that she would continue to inquire about other potential sponsors.

11. Within the past two weeks, J.D. has agreed to and has spoken with her mother. Shelter staff indicate that these conversations have been cordial and that J.D. looks forward to further conversations with her mother.

12. On October 19, 2017, shelter staff was able to contact ▇▇▇▇▇▇ residing in the United States. Pursuant to normal protocol in such situations, shelter staff also spoke with J.D.'s mother, who indicated ▇▇▇▇▇▇ would be an appropriate sponsor of J.D. Shelter staff invited ▇▇▇▇▇▇ to apply to sponsor J.D.

13. According to my understanding, on October 20, 2017, attorneys for ORR have invited ▇▇▇▇▇▇▇▇▇▇ to apply for sponsorship of J.D. At this time, ORR has not received a sponsorship application from ▇▇▇▇▇▇.

14. I and others in ORR and ACF have within the last few days spoken with or received messages from persons who say they wish to apply to sponsor with J.D. ORR has and is responding to such persons so they know how to submit an application.

15. ORR is willing and able to expedite as many components of the sponsorship process as possible for those who apply to sponsor J.D. According to my understanding, other components of the U.S. government are similarly willing to assist in helping expedite the process.

16. I believe that, while difficult, it is possible to complete a sponsorship process for J.D. by 5 P.M. Eastern on October 31, 2017.

17. When shelter staff accompany a UAC. to a medical appointment, including if they were to accompany the UAC to an abortion or to another abortion counseling appointment, they are operating through the cooperative agreement with ORR and that effort is funded by federal funds provided to the shelter through the grant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2017.

_____
Jonathan White, *ORR Deputy Director for Children's Programs*