UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>    Defendants. | No. 1:17-cv-2122 (TSC) |

NOTICE OF FILING
REDACTED DECLARATION OF MARIE CHRISTINE CORTEZ

 Plaintiff hereby files the attached Redacted Declaration of Marie Christine Cortez.

 The original, un-redacted declaration of Ms. Cortez was filed under seal as ECF No. 24-1. Plaintiff's motion for leave to file the declaration under seal (ECF No. 24) was denied without prejudice by Minute Order of October 23, 2017. Plaintiff will shortly file a renewed motion for leave to file the un-redacted declaration under seal.

Date: November 1, 2017

              Respectfully submitted,

              /s/ *Arthur B. Spitzer*
              Arthur B. Spitzer (D.C. Bar No. 235960)
              Scott Michelman (D.C. Bar No. 1006945)
              American Civil Liberties Union Foundation
              of the District of Columbia
              4301 Connecticut Avenue NW, Suite 434
              Washington, D.C. 20008
              Tel. 202-457-0800
              Fax 202-457-0805
              *aspitzer@acludc.org*
              *smichelman@acludc.org*

Brigitte Amiri (admitted *pro hac vice*)
Meagan Burrows
Jennifer Dalven
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Jennifer L. Chou
Mishan R. Wroe
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*jchou@aclunc.org*
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Attorneys for Plaintiff*