UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ERIC D. HARGAN, *et al.,*<br><br>        Defendants. | No. 1:17-cv-2122 (TSC) |

**RENEWED MOTION FOR LEAVE TO FILE UNREDACTED
DECLARATION OF MARIE CHRISTINE CORTEZ UNDER SEAL**

On October 23, the Court denied, without prejudice, Plaintiff's Motion to File the Declaration of Marie Christine Cortez Under Seal (ECF No. 23), directing that "Plaintiff may file a redacted version of the document or explain why redaction is impossible or impracticable."

Plaintiff has now filed a redacted version of the Cortez declaration on the public record (ECF No. 41), omitting only the details of abuse that would be embarrassing and harmful to the juvenile whose private life is being exposed to public view in this litigation because the federal government refused to honor her constitutional right to obtain an abortion.

Plaintiff now renews her motion for leave to file the un-redacted version of the Cortez declaration under seal, so that these details will be available to this Court, to the Defendants, and to any other court that may require access to the record of this case.

Date: November 1, 2017    Respectfully submitted,

                                              /s/ *Arthur B. Spitzer*
                                              Arthur B. Spitzer (D.C. Bar No. 235960)
                                              Scott Michelman (D.C. Bar No. 1006945)
                                              American Civil Liberties Union Foundation
                                              of the District of Columbia

4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Brigitte Amiri (admitted *pro hac vice*)
Meagan Burrows
Jennifer Dalven
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Jennifer L. Chou
Mishan R. Wroe
American Civil Liberties Union Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*jchou@aclunc.org*
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Attorneys for Plaintiff*

2