**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC D. HARGAN, *et al.,*<br><br>    Defendants. | Civil Action No. 17-cv-02122 (TSC) |

  It is hereby ORDERED that Plaintiff's renewed motion for leave to file the Declaration of Marie Christine Cortez under seal (ECF No. 42) is GRANTED.

Date: November 20, 2017

               *Tanya S. Chutkan*
              TANYA S. CHUTKAN
              United States District Judge