UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>           Plaintiff,<br><br>  v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>           Defendants. | )<br>)<br>)<br>)   No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRIGITTE AMIRI
IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF CLASS
CERTIFICATION**

I, Brigitte Amiri, declare as follows:

1. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation and counsel for Plaintiff in the above captioned matter. I have personal knowledge of the facts stated in this declaration and I could and would testify competently to them, if called to do so.

2. In support of Plaintiff's Reply in Further Support of Class Certification, Plaintiff relies upon documents that the ACLU of Northern California received from Defendants in discovery in *ACLU of Northern California v. Burwell*, No. 3:16-cv-03539-LB (N.D. Cal. filed June 24, 2016). A true and correct copy of the following select pages from Defendants' production of documents from that case are attached as follows:

   a. March 2017 Email Exchange Re: Follow Up Pregnant UC Guidance for ORR FSS 03/09/2017, PRICE_PROD_00010816-10820 (attached hereto as Ex. A);

   b. March 10, 2017 Email Re: ORR Guidance re: Pregnant UC, PRICE_PROD_00010937 (attached hereto as Ex. B);

      c.      May 2017 Email to S. Lloyd Re: Pregnancy Notifications, PRICE_PROD_00014325-14326 (attached hereto as Ex. C);

      d.      March 12, 2017 Emails Between S. Lloyd and M. Wynne Re: Pregnancy Care Centers Offering Free Ultrasounds, PRICE_PROD_00011343-11347 (attached hereto as Ex. D);

      e.      March 31, 2017 Email Re: ORR Guidance for Pregnant UC, PRICE_PROD_00010931 (attached hereto as Ex. E);

      f.      March 14, 2017 Email from A. Bena to K. Tota, J. White, *et al.*, Re: Serious Medical Request, PRICE_PROD_00010626 (attached hereto as Ex. F);

      g.      March 6, 2017 Memorandum from Maggie Wynne, Scott Lloyd, Matt Bowman Re: Significant Medical Procedures / abortions in the UAC program, PRICE_PROD_00005375-5378 (attached hereto as Ex. G);

      h.      SIR Addendum BCFS HHS – ICS Emergency Shelter, San Antonio, PRICE_PROD_00010977 (attached hereto as Ex. H);

      i.      March 31, 2017 Email to ACF Re: Best Interests Recommendation, PRICE_PROD_00012935-12937 (attached hereto as Ex. I);

      j.      June 2017 Emails Re: TOP Procedure at KokoPelli, PRICE_PROD_00014220-14221 (attached hereto as Ex. J);

      k.      April 4, 2017 Emails Re: Glendale: MA. BE., PRICE_PROD_00010060-10061 (attached hereto as Ex. K).

3.      These documents have been redacted pursuant to the parties' protective order and further agreements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2017, in New York, New York.

                          By: /s/ Brigitte Amiri
                                Brigitte Amiri