# Exhibit A

**To:** White, Jonathan (ACF); Sualog, Jallyn (ACF)
**Cc:** Swartz, Tricia (ACF); Tota, Kenneth (ACF); ███████████ (ACF); ███████ (ACF); Bena, Anna Marie (HHS/OGC) (ACF); ███████████ (ACF)
**Subject:** FW: Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017

Jonathan,

As requested please see the temporary guidance sent to the ORR FFS and ORR Care Providers. ███████████████████████████████████████████████████████████████████████████████

Please let me know if you have any questions or additional requests for me.

James S. De La Cruz
DHHS/ACF/ORR/DCS
Senior Federal Field Specialist Supervisor
Office of Refugee Resettlement
Division of Children's Services
Mary E. Switzer Building, 5th Floor (Room: 5223)
330 C Street SW
Washington, DC 20201
Office: 202-690-8477
Cell: 202-680-9355
Fax: 202-401-1022
http://www.acf.hhs.gov/programs/orr/programs/ucs

---

**From:** De LA Cruz, James (ACF)
**Sent:** Thursday, March 09, 2017 10:16 PM
**To:** ORR DUCO - Federal Field Specialists
**Cc:** ███████ (ACF)
**Subject:** Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017

Hello FFS,

This email contains an attachment that you should open, read, and **forward** to your assigned Care Provider Case Managers, Clinicians, and Medical Staff. In addition to the attachment please find below instructions for you to follow as Care Provider staff alert you of any cases of pregnant UC. (████ please work with the POs to ensure that Care Provider Administrators are also provided with the attached guidance.)

As you are aware ORR is reviewing case process for pregnant UC. This includes when a UC is found to be pregnant and what to do **BEFORE** the care provider proceeds to explore with the UC what her options are. That guidance is:
- If the care provider discovers that they have a pregnant UC in their facility they should immediately submit an SIR as they normally would. (You the FFS and the ORR Medical Team should be copied.)
- The care provider should contact you the FFS directly with any questions or requests in writing. Requests should include clarification and instruction, **in advance**, about how to proceed with offering the girl guidance for her birth options or medical procedures.
- It is important to know that ORR's Acting Director, Ken Tota, should be informed of the case by your FFS Supervisor as soon as cases are identified and as care providers request guidance.
- You the FFS will need to follow up with your supervisor, and medical staff (to be identified by ███████████) before the care provider takes next steps in the girl's case. Until instructions are provided to the shelters they should not proceed with next steps in the case.

CONFIDENTIAL – Subject to Protective Order                                                         PRICE_PROD_00010816

- If the UC has an emergency medical concern then the care provider should immediately seek emergency medical care and immediately notify you, their FFS, FFS Supervisor, or on call ORR staff during non-business hours.

Thank you for your assistance in this issue and please know that Senior Management will send out updated guidance as policy and procedures are developed. If you have any questions please contact your FFS Supervisor.

James S. De La Cruz
DHHS/ACF/ORR/DCS
Senior Federal Field Specialist Supervisor
Office of Refugee Resettlement
Division of Children's Services
Mary E. Switzer Building, 5th Floor (Room: 5223)
330 C Street SW
Washington, DC 20201
Office: 202-690-8477
Cell: 202-680-9355
Fax: 202-401-1022
http://www.acf.hhs.gov/programs/orr/programs/ucs

CONFIDENTIAL – Subject to Protective Order                                                                                   PRICE_PROD_00010817

| | |
|---|---|
| **From:** | ███████████ (ACF) |
| **Sent:** | Tuesday, March 14, 2017 2:31 PM |
| **To:** | ███████████ (ACF) |
| **Subject:** | RE: FW: Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017 |

Noted.

**From:** ███████████ (ACF)
**Sent:** Tuesday, March 14, 2017 2:28 PM
**To:** ███████ (ACF) (CTR); ORR DHUC
**Subject:** RE: FW: Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017

███

Until we have additional guidance in the form of a new policy and procedure, ORR is requiring programs to submit SIR for positive pregnancy tests.  Additionally, programs should submit SIRs and notify us immediately of any termination request or request for information related to termination options from any UC—before taking any other steps such as appointments.

I hope that answers the program's question.

Please feel free to reach back to the program with this email.

If the program has any further questions, they should continue to ask.

███



**From:** ███████ (ACF) (CTR)
**Sent:** Tuesday, March 14, 2017 9:18 AM
**To:** ███████████ (ACF); ███████████ (ACF);
**Subject:** FW: FW: Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017

███████

1

Can you please help me with these questions on FFS follow-up and pregnant UC?

Thanks,

**From:**
**Sent:** Monday, March 13, 2017 9:45 AM
**To:** ORR DHUC
**Cc:**
**Subject:** Fwd: FW: Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017

Good morning,

I am requesting clarification on the ORR FSS Guidance regarding Follow Up Pregnant UC.- date 3/9/17   statement  **in advance of taking additional action**

 When a pregnant  UC is transferred to  our agency we always   discuss care options (i.e continuation or termination of the pregnancy ) as a POC during the IME.  The CM/ CL's  are involved in this process.  It is not always possible to have that decision expressed by the minor at the IME and it might come 24 hours later.   If a minor is found to be pregnant  (unexpectedly) during the IME , we follow the same process.   I looked in the ORR Medical Module and I did not see any guidance on Pregnant UC in ORR care .   We have been entering into the portal as a working diagnosis .

I am not sure if a SIR is being done for pregnancy? . I know that SIR is done if the UC reports sexual abuse or assault.

Are you now requesting the ORR FFS be made aware of the UC decision by email communication ?

We received a Wellness Wednesday regarding "Heightened Medical procedures " date 3/6/17  in which it included termination of pregnancy requiring written authorization  from ORR medical team .


Dear ORR Care Providers:

I am writing to reinforce the importance of ORR policies and procedures related to Heightened Medical Procedures, including "significant medical or surgical procedures, abortions, and services that may threaten the life of a UAC."

Per the policy, "Grantees are prohibited from taking any actions in these cases without direction and approval from ORR." Approval for such procedures would be provided in the form of a signed authorization from the Director of ORR.  To restate and reinforce the existing policy, **grantees may not perform Heightened Medical Procedures without written authorization from the ORR Director**, except in emergency medical situations (as described in Emergency Medical Services, 3.05). Grantees should not conduct procedures, or take any steps that facilitate future procedures such as scheduling appointments, transportation, or other arrangements without signed written authorization from the ORR Director. Note that the requirement for written authorization by the ORR Director applies whether the procedure will be paid for with Federal funds or by other means.

Please ensure close adherence and understanding of the policy.  Approval for such procedures can only be authorized by the ORR Director in writing.  Failure to adhere to this policy will be a significant issue of non-compliance.

2

The policy on Heightened Medical Procedures is attached. If there are questions or concerns, please do not hesitate to contact ORR for clarification.

Please advise .

Best regards,

---------- Forwarded message ----------
From:
Date: Fri, Mar 10, 2017 at 11:45 AM
Subject: Fwd: FW: Follow Up Pregnant UC Guidance for ORR FFS 03/09/2017
To:

Cc:

Good Morning,

Please review the guidance provided for pregnant UCs in our care and review with your staff.

Thank You,

3

CONFIDENTIAL – Subject to Protective Order

PRICE_PROD_00010820