AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## District of Columbia

| | | |
|---|---|---|
| Rochelle Garza | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02122 |
| Eric Hargan, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Stephen Wagner and Scott Lloyd in their individual capacities.

Date: 11/28/2017

/s/ William S. Consovoy
*Attorney's signature*

William S. Consovoy, Bar No. 493423
*Printed name and bar number*

Consovoy McCarthy Park PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
*Address*

will@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

(703) 243-9423
*FAX number*