UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>Defendants | No. 17-cv-02122-TSC |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Upon consideration of Plaintiff's motion for leave to amend her complaint, and Defendants' consent thereto, it is hereby

ORDERED that the motion is GRANTED and the proposed amended complaint is deemed to be filed.

December ___, 2017

_____
Tanya S. Chutkan
United States District Judge