UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et. al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>　　　　　Defendants. | No. 17-cv-02122-TSC |

**APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

　　　　Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiffs Jane Roe and Jane Poe hereby apply for the issuance of an order temporarily restraining Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys and anyone acting in concert with them) from, *inter alia*, interfering with or obstructing Ms. Roe's and Ms. Poe's access to abortion; forcing, coercing, or requiring Ms. Roe and Ms. Poe to obtain "counseling" from an anti-abortion entity, including a crisis pregnancy center or "pregnancy resource center" either before or after their abortions; forcing, coercing, or requiring Ms. Roe and Ms. Poe to notify anyone of their abortion decision, either before or after their abortions; disclosing Ms. Roe's and Ms. Poe's abortion decision themselves, either before or after their abortions, to her family or immigration sponsors; coercing or attempting to "persuade" Ms. Roe and Ms. Doe to carry their pregnancies to term; or retaliating against Ms. Roe and Ms. Doe and the shelter staff who assist them based on their decision to have an abortion and their assistance, respectively.

　　　　This motion is based on the memorandum of points and authorities submitted herewith, all declarations, pleadings and filings filed in this action, and such oral arguments and evidence as may be presented at a hearing on the motion.

The grounds for this application are that Defendants' actions and policies violate Ms. Roe's and Ms. Doe's rights under the First and Fifth Amendments to the Constitution of the United States, insofar as these actions and policies unlawfully violate Ms. Roe's and Ms. Doe's rights to privacy, liberty and informational privacy, and rights against compelled speech; that Ms. Roe and Ms. Doe will suffer irreparable injury if the Defendants are not enjoined; that Defendants will not be injured if a temporary restraining order issues; and that the public interest favors the issuance of a temporary restraining order.

December 15, 2017

Respectfully submitted,

/s/ Arthur B. Spitzer

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005

Telephone: (202) 675-2330
dmach@aclu.org

Mishan R. Wroe
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
mwroe@aclunc.org

Melissa Goodman*
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
mgoodman@aclusocal.org

*Admitted pro hac vice

Attorneys for Plaintiffs

3