# Exhibit 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROCHELLE GARZA, as guardian ad litem to )
unaccompanied minor J.D., on behalf of )
herself and others similarly situated, *et al.* )
                                                    )   Civil No. 17-cv-02122-TSC
        Plaintiffs, )
                                                    )   **Declaration of** ▇▇▇▇▇▇▇▇
v.                                                     )   ▇▇▇▇▇
ERIC D. HARGAN, *et al.*, )
       Defendants. )

I, ▇▇▇▇▇▇▇▇▇▇, do hereby depose and state as follows:

1. I submit this declaration in support of my motion for a temporary restraining order.

2. I came to the United States from my home country without my parents.

3. I am 17 years old.

4. I was detained upon arrival, and I am currently in an ORR shelter.

5. During a medical examination on November 21, I learned I was pregnant. The doctor who told me that I was pregnant discussed my options with me, including abortion. After listening to the options, I decided to have an abortion, and asked the doctor and my shelter for access to abortion. I decided to have a medication abortion.

6. To date, I have not been allowed access to an abortion provider.

7. I am now approximately 10 weeks pregnant. I understand that my pregnancy has progressed too far for a medication abortion.

8. I would like to obtain an abortion as soon as possible.

9. I do not want to be forced to carry a pregnancy to term against my will.

10. I do not want to proceed in court using my real name because I fear retaliation because I am seeking an abortion. I do not want people to know that I am seeking an abortion.

11. I agree to be a class representative for similarly situated individuals.

12. This declaration has been translated for me so that I know its contents and it states the truth.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2017

a/k/a Jane Roe (J.R.)

CONFIDENTIAL