UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et. al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED]
**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Application for a Temporary Restraining Order and any opposition, reply, and the entire record in this case;

It appears to the Court that: (1) Plaintiffs are likely to succeed on the merits of their action; (2) if Defendants are not immediately restrained from prohibiting shelter staff from transporting Ms. Roe and Ms. Poe to abortion facilities or otherwise interfering with or obstructing their access to an abortion, Ms. Roe and Ms. Poe will both suffer irreparable injury in the form of, at a minimum, increased risk to their health, and perhaps the permanent inability to obtain a desired abortion to which they are legally entitled; (3) the Defendants will not be harmed if such an order is issued; and (4) the public interest favors the entry of such an order. It is, therefore,

ORDERED that Plaintiffs' Application for a Temporary Restraining Order is hereby GRANTED, and that Defendants Eric Hargan, Steven Wagner, and Scott Lloyd (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are, for fourteen days from the date shown below, hereby:

1. Required to transport Ms. Roe and Ms. Poe—or allow Ms. Roe and Ms. Poe to be transported—promptly and without delay, on such dates, including today, to an abortion provider, in order to obtain any pregnancy or abortion-related medical care and to obtain the abortion procedure itself, in accordance with the abortion providers' availability and any medical requirements.

2. Temporarily restrained from interfering with or obstructing Ms. Roe's and Ms. Poe's access to abortion counseling or an abortion;

3. Temporarily restrained from forcing Ms. Roe and Ms. Poe to reveal the fact of their pregnancies and their abortion decisions to anyone, and from revealing those decisions to anyone themselves;

4. Temporarily restrained from retaliating against Ms. Roe and Ms. Poe based on their decisions to have an abortion;

5. Temporarily restrained from retaliating or threatening to retaliate against the contractors that operate the shelters where Ms. Roe and Ms. Poe currently reside for any actions that those contractors or shelters have taken or may take in facilitating Ms. Roe's and Ms. Poe's ability to access pregnancy and abortion-related medical care and an abortion.

It is further ORDERED that Plaintiffs shall not be required to furnish security for costs. Failure to comply with the terms of this Order may result in a finding of contempt.

Date: December ____, 2017

_____
TANYA S. CHUTKAN
United States District Judge