THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROCHELLE GARZA, as guardian ad litem to )
unaccompanied minor J.D., on behalf of )
herself and others similarly situated, *et al.* )
) Civil No. 17-cv-02122-TSC
Plaintiffs, )
) Declaration of ▓▓▓▓▓▓▓▓
v. )
)
ERIC D. HARGAN, *et al.*, )
)
Defendants. )
)

I, ▓▓▓▓▓▓▓▓▓▓ do hereby depose and state as follows:

1. I submit this declaration in support of my motion for a temporary restraining order.

2. I am 17 years old.

3. I came to the United States from my home country without my parents.

4. I have been in ORR custody since November.

5. Last week, my doctor informed me that I am in my second trimester of pregnancy and discussed my options with me, including abortion. After listening to the options, I decided to have an abortion.

6. I have asked the doctor and my shelter for access to abortion.

7. To date, I have not been allowed access to an abortion provider.

8. I understand that I am quickly approaching the point in my pregnancy after which I will no longer be able to obtain an abortion in the state where I am located.

9. I would like to obtain an abortion as soon as possible.

10. I do not want to be forced to carry a pregnancy to term against my will.

CONFIDENTIAL

11. I do not want to proceed in court using my real name because I fear retaliation because I am seeking an abortion. I do not people to know that I am seeking an abortion.

12. This declaration has been translated for me so that I know its contents and it states the truth.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2017

███████████████████████████ a/k/a Jane Poe (J.P.)