# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE on behalf of herself and others similarly situated; and JANE POE, <br><br>      Plaintiffs, <br><br>v. <br><br>ERIC D. HARGAN, *et al.,* <br><br>      Defendants. | No. 17-cv-02122-TSC |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, Eric Hargan, Steven Wagner, and Scott Lloyd, in their official capacities ("the United States"), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the temporary restraining order entered in this action on December 18, 2017.

1

DATED: December 18, 2017                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Office of Immigration Litigation

ERNESTO H. MOLINA
Deputy Director
Office of Immigration Litigation

BY: /s/ *Sabatino F. leo*
W. DANIEL SHIEH
JOSEPH DARROW
SABATINO F. LEO
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 305-9802
Fax: (202) 305-1890
daniel.shieh@usdoj.gov
sabatino.f.leo@usdoj.gov
joseph.a.darrow@usdoj.gov

*Attorneys for Defendants
   in their official capacities*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

/s/ Sabatino F. Leo
SABATINO F. LEO
Trial Attorney
Office of Immigration Litigation