# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>    Defendants. | No. 17-cv-02122-TSC |

## EMERGENCY MOTION TO LIFT 24-HOUR STAY OF TRO AS TO JANE POE

Plaintiffs hereby move this Court to lift the 24-hour stay of the execution of its TRO with respect to Jane Poe. Plaintiffs have reached out to Defendants to ascertain whether they consent to or oppose this motion but have not yet received a response.

At 6:05 p.m. yesterday, this Court granted Plaintiffs' Application for a Temporary Restraining Order, finding that "Plaintiffs are likely to succeed on the merits of this action" and "if Defendants are not immediately restrained . . . J.R. and J.P. will both suffer irreparable injury in the form of, at minimum, increased risk to their health, and perhaps the permanent inability to obtain a desired abortion to which they are legally entitled." Temporary Restraining Order ("TRO") at 4 (ECF No. 73). The Court stayed execution of the TRO "for 24 hours from the date and time of entry to preserve the opportunity to seek emergency relief from the D.C. Circuit." *Id.* at 5.

The government has since filed requests for stay pending appeal in both the D.C. Circuit and the United States Supreme Court. Appellants' Emergency Motion for Stay Pending Appeal (D.C. Cir., No. 17-5726, Dec. 18, 2017) ("D.C. Circuit Motion"); Application for a Stay Pending Appeal to the United States Court of Appeal for the District of Columbia and Further

Proceedings in this Court and Request for An Administrative Stay ("Supreme Court Application"). In both applications, however, Defendants make clear that they are seeking a stay only with respected to Ms. Roe, not Ms. Poe. D.C. Circuit Motion at 1 n.1 ("Ms. Poe also sought a TRO. Because of the differing circumstances surrounding Ms. Poe's case, the government does not seek a stay of the TRO as it relates to Ms. Poe."); Supreme Court Application at 12 n.2 (same). Both filings are attached hereto. The D.C. Circuit's order in response to the motion for a stay issued an administrative stay as to Jane Roe until 6:05 p.m. on Wednesday, December 20, but did not issue any administrative stay as to Jane Poe. A copy of that order is also attached.

Given that (a) the sole reason for the 24-hour stay was to allow Defendants to seek an emergency stay and Defendants have made clear that they do not intend to do so with respect to Ms. Poe and (b) as this Court recognized with respect to Ms. Poe, "it's literally a matter of every day counts," Transcript of Mot. Hearing for TRO at 15-16 (ECF No. 75), Plaintiffs respectfully request that this Court lift its stay of the TRO with respect to Ms. Poe alone to allow her to have an abortion as soon as practicable.

Date: December 19, 2017                    Respectfully submitted,

 

                                            Arthur B. Spitzer (D.C. Bar No. 235960)
                                            Scott Michelman (D.C. Bar No. 1006945)
                                            American Civil Liberties Union Foundation
                                            of the District of Columbia
                                            4301 Connecticut Avenue NW, Suite 434
                                            Washington, D.C. 20008
                                            Tel. 202-457-0800
                                            Fax 202-457-0805
                                            *aspitzer@acludc.org*
                                            *smichelman@acludc.org*

                                            /s/ *Brigitte Amiri*
                                            Brigitte Amiri (admitted *pro hac vice*)
                                            Meagan Burrows

Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Mishan R. Wroe
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Attorneys for Plaintiffs*