# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-5276**             **September Term, 2017**

**1:17-cv-02122-TSC**

**Filed On:** December 18, 2107

Rochelle Garza, As guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, et al.,

      Appellees

      v.

Eric D. Hargan, Acting Secretary, Health and Human Services, et al.,

      Appellants

      **BEFORE:**    Rogers, Tatel, and Millett, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay, it is

**ORDERED** that the district court's temporary restraining order filed on December 18, 2017, be administratively stayed until 6:05 p.m. on Wednesday, December 20, 2017, to the extent that the order requires appellants to transport Jane Roe or allow Jane Roe to be transported to obtain an abortion procedure. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2017). It is

**FURTHER ORDERED**, on the court's own motion, that appellee file a response to the emergency motion for stay by 10:00 a.m. on December 19, 2017. Any reply is due by 3:00 p.m. on December 19, 2017. The parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due. The parties are directed to address (1) whether Jane Roe's independent request for and decision to undergo an abortion fully complies with the relevant state law governing abortions by minors, and (2)

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 17-5276**                      **September Term, 2017**

whether the Office of Refugee Resettlement (ORR) has yet made an individualized decision regarding its view concerning why termination of the pregnancy would not, in its judgment, be in Jane Roe's best interests and, if so, to submit that decision and analysis under seal with its reply brief, and (3) if no such individualized decision has been made (see DCT Tr. 19), identify on what basis ORR has concluded that an abortion would not be in Jane Roe's best interests.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

**By:**    /s/
Lynda M. Flippin
Deputy Clerk