# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HARGAN, Acting Secretary of Health and Human Services; <br><br> STEVEN WAGNER, Acting Assistant Secretary for Administration for Children and Families, in his official and individual capacity; and <br><br> SCOTT LLOYD, Director of Office of Refugee Resettlement, in his official and individual capacity, <br><br> Defendants. | No. 1:17-cv-02122 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Steven Wagner and Scott Lloyd, in their individual capacities, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the temporary restraining order entered in this action on December 18, 2017.

Dated: December 19, 2017

Respectfully submitted,

| | |
|---|---|
| Patrick Strawbridge<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA  02109<br>(617) 227-0548<br>patrick@consovoymccarthy.com | s/ William S. Consovoy<br>William S. Consovoy, D.C. Bar No. 493423<br>Caroline A. Cook<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard<br>Suite 700<br>Arlington, VA 22201<br>will@consovoymccarthy.com<br>caroline@consovoymccarthy.com<br><br>Michael H. Park<br>CONSOVOY MCCARTHY PARK PLLC<br>3 Columbus Circle, 15th Floor<br>New York, NY 10019<br>(212) 247-8006<br>park@consovoymccarthy.com<br><br>*Attorneys for Steven Wagner and Scott Lloyd (in their individual capacities)* |