UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)    No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

**CORRECTED MOTION FOR LEAVE TO FILE REDACTED VERSION
OF ORR DECISION ON THE PUBLIC RECORD**

Plaintiffs hereby move for leave to file on the public record a redacted version of the "Decision by Director Scott Lloyd for Jane Poe with attached note to file" that was filed under seal by Defendants this afternoon (ECF No. 72). The redacted version that Plaintiffs propose to file was shared with Defendants and will be filed momentarily, under seal. Defendants have asked that this motion indicate that the government is reviewing the proposed redactions and will need until tomorrow to complete its review.

In Plaintiffs' view, the ORR decision document and the attached note by Defendant Lloyd provide highly relevant information about Defendants' challenged policy that ought promptly to be made public, as well as important additional facts about Plaintiff Poe's situation. Plaintiffs wish to be free to refer to this information in their forthcoming responses to the government's emergency motions for stays pending appeal that have already been filed in both the Court of Appeals and the Supreme Court, and to which Plaintiffs must respond early tomorrow morning.

As Defendants indicated in their motion to seal, this document was filed under seal to protect the privacy of Ms. Poe. Plaintiffs, of whom Ms. Poe is one, fully share that goal, and the

redacted version that Plaintiffs move to file will continue to protect Ms. Poe's privacy. Plaintiffs' proposed public filing redacts all references to Ms. Poe's name, date of birth, location, dates of events, and relationship to her potential sponsor. Plaintiffs therefore fail to understand how the government could have any interest in making greater redactions than Plaintiff is proposing. Nor do Plaintiffs understand how it could take the government until tomorrow to review the proposed redactions in an 8-page document that were shared with them at 4:37 this afternoon. Plaintiffs therefore respectfully urge the Court to act on this motion without awaiting the government's review.

As the D.C. Circuit has explained, "the starting point in considering a motion to seal court records is a 'strong presumption in favor of public access to judicial proceedings.'" *EEOC v. National Children's Center, Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996) (quoting *Johnson v. Greater Southeast Community Hospital Corp.*, 951 F.2d 1268, 1277 (D.C. Cir. 1991)).  Here, that presumption is outweighed by the weighty reasons supporting the sealing of the *unredacted* version of the document, but is not overcome with respect to the redacted version. The unredacted version contains personal identifying information about the minor Plaintiff, Jane Poe. As this district has recognized in its own rules, the identity of minors should be protected. *See* Local Civil Rule 5.4(f)(2). This Court has also recognized as much, in this case, by granting Plaintiffs' motion to proceed under pseudonyms.  By contrast, the public has a strong interest in seeing the redacted document, which will not compromise Ms. Poe's privacy but which will clearly illuminate the unconstitutional government policy that lies at the heart of this case.

Wherefore, the motion should be granted.

Date: December 19, 2017                            Respectfully submitted,

                                                                 /s/ *Arthur B. Spitzer*
                                                                 Arthur B. Spitzer (D.C. Bar No. 235960)

Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800; Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Brigitte Amiri (admitted *pro hac vice*)
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633; Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Mishan R. Wroe
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493; Fax (415) 255-8437
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500; Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Attorneys for Plaintiff*

3