UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE on behalf of herself and others similarly situated; and JANE POE<br><br>     Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>     Defendants. | No. 17-cv-02122-TSC |

**RESPONSE TO COURT ORDER**

Because no immediate ruling by this Court is necessary with respect to Ms. Poe, we respectfully seek additional time to address possible privilege issues with respect to the decision document.

First, the document in question is a decision document relating to Ms. Poe. The government did not seek an immediate stay of the injunction with respect to Ms. Poe, and the injunction is in effect with respect to Ms. Poe. That aspect of the injunction will soon be moot when Ms. Poe obtains an abortion pursuant to this Court's order. Accordingly, there is no sound litigation reason in this litigation to immediately release the document. Plaintiffs' only proffered reason is that "the document provides important background regarding the ORR policy." Mot. 2. Far from providing general background on any supposed policy, the document explains why the ORR Director determined that Ms. Poe should not receive an abortion. That determination is no longer at issue in this litigation, because Ms. Poe's individual claim for injunctive relief will soon become moot.

1

Second, new information about the age of Jane Roe – that she is in fact 19 years old – has come to light that will likely make the government's appeal and motion moot imminently, given her imminent transfer to DHS custody. *See Garza*, Millett Dissent at 5 (aliens in DHS custody "are . . . able to obtain an abortion"). Although the document pertains only to Ms. Poe, Plaintiffs cannot plausibly contend that the document is relevant to litigation with respect to Ms. Roe, because her transfer to DHS custody will moot what remains of her request for injunctive relief as well. At a minimum, these developments obviate the need for an immediate ruling with respect to the document.

Third, we are reviewing the document for possible privilege. Parts of the document are predecisional and deliberative. *See Wood v. FBI*, 432 F.3d 78, 84 (2d Cir. 2005). The document was produced to this Court under seal on a very tight timeframe to comply with this Court's order to produce the document under seal, and we think that under the circumstances, the government should be given an opportunity to address the possible applicability of the deliberative process privilege to portions of it. *Cf*. Fed. R. Ev. 502(b). The document is also not relevant to the core issue presented by the government in these matters, which is that given the ability to request voluntary departure to the country of nationality or to identify a suitable sponsor, the government does not impose an undue burden when it declines to facilitate an abortion by a person who has been recently entered into the United States unlawfully.

For these reasons, and because there is no longer an exigent situation with respect to Ms. Poe or Ms. Roe, we respectfully request additional time to assess privilege claims and assert privilege over the portions of the document that are deliberative. If the Court rejects this request, we agree that the court can file the document on the public record with the redactions made by Plaintiff without disclosing personal privacy information relating to Ms. Poe.

DATED: December 19, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Office of Immigration Litigation

ERNESTO H. MOLINA
Deputy Director
Office of Immigration Litigation

BY: /s/ *W. Daniel Shieh*
W. DANIEL SHIEH
SABATINO F. LEO
JOSEPH DARROW
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 305-9802
Fax: (202) 305-1890
daniel.shieh@usdoj.gov
sabatino.f.leo@usdoj.gov
joseph.a.darrow@usdoj.gov

*Attorneys for Defendants*