**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC D. HARGAN, *et al.,*<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 17-cv-02122 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiffs' Emergency Motion for Extension of TRO for Jane Roe and Jane Poe (ECF No. 94), along with the response (ECF No. 95) and reply thereto (ECF No. 96), the court hereby GRANTS Plaintiffs' Emergency Motion for Extension of TRO for Jane Roe and Jane Poe. The requirements of paragraphs 3, 4, and 5 of the Temporary Restraining Order entered on December 18, 2017 are hereby extended—as to both Jane Roe and Jane Poe—until further order of the court.

Date: December 31, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge