UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLEADINGS**

The parties respectfully move this Court for an extension of time as follows: Defendants' responses to Plaintiffs' Amended Complaint are currently due January 5, 2018. Plaintiffs anticipate filing an amended complaint in the near future. Therefore, the parties seek leave to allow Plaintiffs to file a Second Amended Complaint on or before January 22, 2018, and to extend Defendants' current deadline for filing their responses until 21 days after Plaintiffs file their Second Amended Complaint.

Date: January 4, 2018

Respectfully submitted,

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

/s/*Brigitte Amiri*
Brigitte Amiri*

1

Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union
Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Mishan R. Wroe
American Civil Liberties Union Foundation
of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation
of Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel

ERNESTO H. MOLINA
Deputy Director

BY: /s/ *Sabatino F. Leo*
SABATINO F. LEO
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 514-8599
Fax: (202) 616-4975
sabatino.f.leo@usdoj.gov

*Attorneys for Defendants in their Official Capacities*

William S. Consovoy
Caroline Cook
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
will@consovoymccarthy.com
caroline@consovoymccarthy.com

/s/*Patrick Strawbridge*
Patrick Strawbridge
Consovoy McCarthy Park PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA  02109
(617) 227-0548
patrick@consovoymccarthy.com

Michael H. Park
Consovoy McCarthy Park PLLC
3 Columbus Circle, 15th Floor
New York, NY 10019
(212) 247-8006
park@consovoymccarthy.com

*Attorneys for Defendants Steven Wagner and Scott Lloyd in their individual capacities*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>　　　　Defendants. | No. 17-cv-02122-TSC |

**[PROPOSED] ORDER EXTENDING PLEADING DEADLINE**

The parties' Joint Motion for Extension of Time for Pleadings is hereby GRANTED, and it is ORDERED that Defendants' responses currently due January 5, 2018, will now be due 21 days after Plaintiffs file their Second Amended Complaint, on or before January 22, 2018.


Date: January ___, 2018　　　　　　　_____
　　　　　　　　　　　　　　　　　Tanya S. Chutkan
　　　　　　　　　　　　　　　　　United States District Judge

1