# Exhibit 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROCHELLE GARZA, as guardian ad litem to )
unaccompanied minor J.D., on behalf of )
herself and others similarly situated, *et al.* )
) Civil No. 17-cv-02122-TSC
Plaintiffs, )
) Declaration of ███
v. )
)
ERIC D. HARGAN, *et al.*, )
)
Defendants. )
)

I, ███, do hereby depose and state as follows:

1. I submit this declaration in support of my motion for a temporary restraining order.

2. I am 17 years old.

3. I came to the United States from my home country without my parents.

4. I was detained after entering the United States, and am currently in ORR custody.

5. I am pregnant. I have decided to have an abortion.

6. Approximately two weeks ago, I asked my shelter for access to abortion.

7. I understand that my shelter has submitted my request for an abortion to Defendants for approval but that, to date, Defendants have not yet approved my request.

8. I would like to obtain an abortion as soon as possible.

9. I do not want to be forced to carry a pregnancy to term against my will.

10. I do not want to procccd in court using my real name because I fear retaliation because I am seeking an abortion. I do not want people to know that I am seeking an abortion.

11. I agree to be a class representative for similarly situated individuals.

CONFIDENTIAL

12. This declaration has been translated for me so that I know its contents and it states the truth.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2018

███████████████ a/k/a Jane Moe (J.M.)

CONFIDENTIAL