# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE and JANE MOE on behalf of themselves and others similarly situated; and JANE POE;<br><br>        Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, *et al.,*<br><br>        Defendants. | No. 17-cv-02122-TSC |

## DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL DECLARATION OF JONATHAN WHITE

In light of developments within the last hour, Defendants hereby file the attached Supplemental Declaration of Jonathan White in support of their January 12, 2018 Opposition to Plaintiffs' Application for a Temporary Restraining Order (ECF No. 108).

Dated: January 12, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Office of Immigration Litigation

ERNESTO H. MOLINA
Deputy Director
Office of Immigration Litigation

BY: /s/ *W. Daniel Shieh*
W. DANIEL SHIEH
Trial Attorney
Office of Immigration Litigation

*Attorneys for Defendants*

P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
P: (202) 305-9802, F: (202) 305-1890
daniel.shieh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-2122 |
| ) | |
| ERIC HARGAN, et al. ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL DECLARATION OF JONATHAN WHITE, DEPUTY DIRECTOR FOR CHILDREN'S PROGRAMS, OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATION FOR CHILDREN AND FAMILIES, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**

I, Jonathan White, for my declaration pursuant to 28 U.S.C. § 1746, hereby state and depose as follows, based on my personal knowledge and information provided to me in the course of my official duties:

1. I am the Deputy Director for Children's Programs of the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), U.S. Department of Health and Human Services ("HHS").

2. I am familiar with ORR policies and procedures concerning the care of unaccompanied alien children ("UACs") in ORR care and custody, including the medical care and the process of considering prospective sponsors for the UACs.

3. I am also familiar with the policies, procedures, decisions, case details, and care concerning the minors that have been identified in this case as Jane Doe, Jane Roe, Jane Poe, and Jane Moe (J.M.).

1

4.     The potential sponsor for J.M. completed the submission of fingerprints on Friday morning, January 12, 2018, and ORR has received background check information, which upon initial review appears to be favorable. Based on this progress, the process of reunification is now on track to be completed earlier than ORR's previous representation to the court of January 19, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2018.

_____
Jonathan White, *ORR Deputy Director for Children's Programs*