**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 17-cv-02122-TSC |
| ERIC D. HARGAN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION
TO MOTION FOR A TEMPORARY RESTRAINING ORDER**

Given that time is of the essence, Plaintiffs incorporate by reference their prior briefing in this case, particularly their Reply to Defendants' Oppositions to Motion for a Temporary Restraining Order (ECF No. 69).  Defendants do not dispute that they have delayed Ms. Moe's abortion by two weeks already, and they seek to delay it by at least another additional week.  Plaintiffs respectfully request an immediate TRO from this Court to allow Ms. Moe to have the abortion, and to prevent Defendants from telling Ms. Moe's sponsor (or anyone else) about her abortion decision.  Defendants are not entitled to a stay of one business day, let alone ten days.  Doing so would only cause Ms. Moe further irreparable harm.

Date: January 12, 2017

Respectfully submitted,

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805

1

*aspitzer@acludc.org*
*smichelman@acludc.org*


/s/ *Brigitte Amiri*
Brigitte Amiri (admitted *pro hac vice*)
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
Mishan R. Wroe
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

2

*Attorneys for Plaintiffs*