# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE and JANE MOE on behalf of themselves and others similarly situated; and JANE POE;<br><br>    Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, *et al.,*<br><br>    Defendants. | No. 17-cv-02122-TSC |

## DEFENDANTS' NOTICE OF ANTICIPATED FILING SECOND SUPPLEMENTAL DECLARATION OF JONATHAN WHITE

In light of developments today, Defendants intend to file in the next few hours a Second Supplemental Declaration of Jonathan White in support of their January 12, 2018 Opposition to Plaintiffs' Application for a Temporary Restraining Order (ECF No. 108). That declaration will indicate that we anticipate Jane Moe to be reunified with a sponsor tomorrow, and provide details on that reunification. We intend to file the declaration as soon as Mr. White becomes available to execute the declaration.

.

DATED: January 13, 2018						Respectfully submitted,

											CHAD A. READLER
											Acting Assistant Attorney General
											Civil Division

											AUGUST E. FLENTJE
											Special Counsel
											Office of Immigration Litigation

											ERNESTO H. MOLINA
											Deputy Director
											Office of Immigration Litigation

										BY: /s/ *Sabatino F. leo*
											SABATINO F. LEO
											W. DANIEL SHIEH
											Trial Attorneys
											Office of Immigration Litigation
											Civil Division, U.S. Department of Justice
											P.O. Box 878, Ben Franklin Station
											Washington, D.C.  20044
											Phone: (202) 305-9802
											Fax: (202) 305-1890
											daniel.shieh@usdoj.gov
											sabatino.f.leo@usdoj.gov


											*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

/s/ Sabatino F. Leo
SABATINO F. LEO
Trial Attorney
Office of Immigration Litigation