**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE and JANE MOE on behalf of themselves and others similarly situated; and JANE POE; | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 17-cv-02122-TSC |
| v. | ) ) | |
| ERIC D. HARGAN, *et al.,* | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**DEFENDANTS' NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION**
**OF JONATHAN WHITE**

In light of developments, Defendants hereby file the attached Second Supplemental

Declaration of Jonathan White in support of their January 12, 2018 Opposition to Plaintiffs'

Application for a Temporary Restraining Order (ECF No. 108).

.

DATED: January 13, 2018                    Respectfully submitted,

                                           CHAD A. READLER
                                           Acting Assistant Attorney General
                                           Civil Division

                                           AUGUST E. FLENTJE
                                           Special Counsel
                                           Office of Immigration Litigation

                                           ERNESTO H. MOLINA
                                           Deputy Director
                                           Office of Immigration Litigation

                                  BY:  /s/ *Sabatino F. leo*
                                           SABATINO F. LEO
                                           W. DANIEL SHIEH
                                           Trial Attorneys
                                           Office of Immigration Litigation
                                           Civil Division, U.S. Department of Justice
                                           P.O. Box 878, Ben Franklin Station
                                           Washington, D.C.  20044
                                           Phone: (202) 305-9802
                                           Fax: (202) 305-1890
                                           daniel.shieh@usdoj.gov
                                           sabatino.f.leo@usdoj.gov

                                           *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 13, 2018, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will deliver a copy to all counsel of record.


<u>/s/ Sabatino F. Leo</u>
SABATINO F. LEO
Trial Attorney
Office of Immigration Litigation

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROCHELLE GARZA, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:17-cv-2122** |
| ) | |
| **ERIC HARGAN, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## SECOND SUPPLEMENTAL DECLARATION OF JONATHAN WHITE, DEPUTY DIRECTOR FOR CHILDREN'S PROGRAMS, OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATION FOR CHILDREN AND FAMILIES, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

I, Jonathan White, for my declaration pursuant to 28 U.S.C. § 1746, hereby state and depose as follows, based on my personal knowledge and information provided to me in the course of my official duties:

1.      I am the Deputy Director for Children's Programs of the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), U.S. Department of Health and Human Services ("HHS").

2.      I am familiar with ORR policies and procedures concerning the care of unaccompanied alien children ("UACs") in ORR care and custody, including the medical care and the process of considering prospective sponsors for the UACs.

3.      I am also familiar with the policies, procedures, decisions, case details, and care concerning the minors that have been identified in this case as Jane Doe, Jane Roe, Jane Poe, and Jane Moe (J.M.).

1

4.     All ORR administrative processes for the release of J.M. to her sponsor are complete.

5.     Transportation of J.M., escorted by a shelter staff member, to her approved sponsor will begin Saturday night, January 13, 2018. Barring delays due to weather conditions or mechanical difficulties, release of J.M. from ORR custody into the care of her approved sponsor is expected to take place Sunday morning, January 14, 2018.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 13, 2018.

Jonathan White, *ORR Deputy Director for Children's Programs*