**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE and JANE MOE on behalf of themselves and others similarly situated; and JANE POE; | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 17-cv-02122-TSC |
| v. | ) ) | |
| ERIC D. HARGAN, *et al.,* | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**DEFENDANTS' NOTICE OF COMPLETION OF THE TRANSFER OF MS. JANE MOE**

Defendants hereby provide notice to this Court that today, Sunday January 14, 2018, we

have been informed by the U.S. Department of Health and Human Services ("HHS") that the

transfer of Jane Moe to her sponsor has been completed.

DATED: January 14, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Office of Immigration Litigation

ERNESTO H. MOLINA
Deputy Director
Office of Immigration Litigation

2

BY:  /s/ *Sabatino F. Leo*
  SABATINO F. LEO
  W. DANIEL SHIEH
  Trial Attorneys
  Office of Immigration Litigation
  Civil Division, U.S. Department of Justice
  P.O. Box 878, Ben Franklin Station
  Washington, D.C.  20044
  Phone: (202) 305-9802
  Fax: (202) 305-1890
  daniel.shieh@usdoj.gov
  sabatino.f.leo@usdoj.gov


*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2018, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will deliver a copy to all counsel of record.


/s/ Sabatino F. Leo
SABATINO F. LEO
Trial Attorney
Office of Immigration Litigation