# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated; JANE ROE and JANE MOE on behalf of themselves and others similarly situated; and JANE POE,<br><br>           Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, *et al.,*<br><br>           Defendants. | No. 17-cv-02122-TSC |

## DEFENDANTS' NOTICE OF FILING JANUARY 18, 2018 DECLARATION OF JONATHAN WHITE

In light of developments, Defendants hereby file the attached January 18, 2018 Declaration of Jonathan White regarding Defendants' Opposition to Plaintiff's Motion for Class certification, ECF No. 53.

.

1

DATED: January 18, 2018                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Office of Immigration Litigation

ERNESTO H. MOLINA
Deputy Director
Office of Immigration Litigation

BY: /s/ *Sabatino F. leo*
SABATINO F. LEO
W. DANIEL SHIEH
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 305-9802
Fax: (202) 305-1890
daniel.shieh@usdoj.gov
sabatino.f.leo@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

/s/ Sabatino F. Leo<br>
SABATINO F. LEO<br>
Trial Attorney<br>
Office of Immigration Litigation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-2122 |
| ) | |
| ERIC HARGAN, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DECLARATION OF JONATHAN WHITE, DEPUTY DIRECTOR FOR CHILDREN'S PROGRAMS, OFFICE OF REFUGEE RESETTLEMENT, ADMINISTRATION FOR CHILDREN AND FAMILIES, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**

I, Jonathan White, for my declaration pursuant to 28 U.S.C. § 1746, hereby state and depose as follows, based on my personal knowledge and information provided to me in the course of my official duties:

1. I am the Deputy Director for Children's Programs of the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), U.S. Department of Health and Human Services ("HHS").

2. I am familiar with ORR policies and procedures concerning the care of unaccompanied alien children ("UACs") in ORR care and custody, including the medical care and the process of considering prospective sponsors for the UACs.

3. I am also familiar with the policies, procedures, decisions, case details, and care concerning the minors that have been identified in this case as Jane Doe, Jane Roe, Jane Poe, and Jane Moe.

1

4.  The youth identified in the court papers as Jane Doe (the original youth to bring this case) was discharged from ORR custody on January 15, 2018, to a sponsor vetted and approved consistent with ORR policy and procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2018.

_____
Jonathan White, ORR Deputy Director for
Children's Programs