AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Rochelle Garza, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cv-02122-TSC |
| Alex M. Azer II, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Alex M. Azer II, et. al.

Date: 03/16/2018

/s/ Michael C. Heyse
*Attorney's signature*

Michael C. Heyse
*Printed name and bar number*

P.O. Box 878, Ben Franklin Station
Washington, DC 20044

*Address*

Michael.Heyse@usdoj.gov
*E-mail address*

(202) 305-7002
*Telephone number*

(202) 616-4923
*FAX number*