UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING PROPOSED AMENDED CLASS CERTIFICATION AND
PRELIMINARY INJUNCTION ORDER**

Plaintiffs respectfully file herewith the text of a proposed amended class certification and preliminary injunction order, consistent with the matters discussed in their opposition to Defendants' motion for a stay pending appeal (ECF No. 130).

April 6, 2018                               Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Shana Knizhnik (D.C. Bar No. 1020840)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*
*sknizhnik@acludc.org*

Brigitte Amiri*
Meagan Burrows
Jennifer Dalven

Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

Mishan Wroe
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel. (415) 275-8522
*mwroe@rshc-law.com*

\**Admitted pro hac vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] AMENDED CLASS CERTIFICATION AND
PRELIMINARY INJUNCTION ORDER**

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 126), the court hereby GRANTS Plaintiffs' Motion for Class Certification (ECF No. 18) and Plaintiffs' Motion for a Preliminary Injunction (ECF No. 5) as to the class. The relevant class is defined as all pregnant, unaccompanied immigrant minor children (UCs) who are or will be in the legal custody of the federal government. Jane Doe and Jane Roe are designated as class representatives. The attorneys who have appeared on behalf of Plaintiffs are designated as class counsel.

It is hereby ORDERED that Defendants Alex Azar, Steven Wagner, and Scott Lloyd (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are:

(1) Enjoined from interfering with or obstructing any class member's access to: (1) a judicial bypass, (2) medical appointments related to pregnancy dating, (3) non-directive options counseling, (4) abortion counseling, (5) an abortion, or (6) other pregnancy-related care;

(2) Enjoined from forcing any class member to reveal the fact of her pregnancy and her abortion decision to anyone, and from revealing those facts and/or decisions to anyone

themselves, either before or after an abortion, unless the class member provides non-coerced consent to such disclosure or needs emergency medical care and is incapacitated such that she is unable to inform a medical care provider herself;

     (3) Enjoined from retaliating against any class member based on her decision to have an abortion;

     (4) Enjoined from retaliating or threatening to retaliate against contractors that operate the shelters where class members currently reside for any actions that those contractors or shelters have taken or may take in facilitating class members' ability to access pregnancy and abortion-related medical care and/or an abortion.


Date: April __, 2018

                                                                          _____
                                                                          TANYA S. CHUTKAN
                                                                          United States District Judge