# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor JANE DOE, on behalf of herself and others similarly situated; JANE ROE and JANE MOE on behalf of themselves and others similarly situated; and JANE POE,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-02122 (TSC)<br><br>Honorable Tanya S. Chutkan<br>United States District Judge |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants/Appellants Eric D. Hargan, et al., hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on March 30, 2018, ECF No. 127.

1

| | |
|---|---|
| DATED: April 9, 2018 | Respectfully Submitted, |
| | |
| CHAD A. READLER | /s/ Michael C. Heyse |
| Acting Assistant Attorney General | MICHAEL C. HEYSE |
| Civil Division | W. DANIEL SHIEH |
| | CHRISTINA P. GREER |
| HASHIM MOOPPAN | SABATINO F. LEO |
| Deputy Assistant Attorney General | Trial Attorneys |
| Civil Division | Office of Immigration Litigation |
| | Civil Division |
| AUGUST E. FLENTJE | U.S. Department of Justice |
| Special Counsel | PO Box 878, Ben Franklin Station |
| Civil Division | Washington, DC 20044 |
| Office of Immigration Litigation | michael.heyse@usdoj.gov |
| | *Counsel for Defendants/Appellants* |
| ERNESTO H. MOLINA | *in their official capacities* |
| Deputy Director | |
| Office of Immigration Litigation | |
| Civil Division | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2018, I caused a copy of the foregoing Notice of Appeal to be filed with the Clerk of the Court using the Court's CM/ECF system. Counsel for Plaintiffs/Appellees are registered CM/ECF users, and will be served exclusively through that system.

                                      /s/ Michael C. Heyse
                                      MICHAEL C. HEYSE
                                      Trial Attorney