UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>        Plaintiffs,<br><br> v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR NOTICE TO CLASS

Pursuant to this Court's Order certifying a class of all pregnant unaccompanied immigrant minors who are or will be in Defendants' legal custody (ECF Nos. 126 and 127), Plaintiffs move this Court to order Defendants to provide notice to the class, particularly as it has come to the undersigned's attention that Defendants have not informed ORR-funded shelters about the existence of the preliminary injunction.

Under regulations issued pursuant to the Prison Rape Elimination Act (PREA), 34 U.S.C. 30301 *et seq.*, ORR-funded shelters are required to post notices on all housing bulletin boards informing detained unaccompanied minors about whom they can contact if they are victims of sexual assault or are worried about becoming victims. 45 C.F.R. § 411.33(d). Shelters are also required to distribute pamphlets to all detained unaccompanied minors informing them of their rights under PREA. 45 C.F.R. § 411.33(e). Shelters are also required to provide information at orientation to minors about their rights under PREA. *See* 45 C.F.R. § 411.33. These regulations provide an established framework that can easily accommodate appropriate notice to members of the Plaintiff class.

1

Accordingly, Plaintiffs request that Defendants provide the Notice attached as Exhibit A to the class in the following ways:

1)  Require ORR-funded shelters to post the notice in English and Spanish on all housing bulletin boards adjacent to the notice required by the PREA regulations;

2)  Require ORR-funded shelters to provide the notice in English and Spanish along with the pamphlet provided to all unaccompanied minors informing them of their rights under PREA;

3)  Require ORR-funded shelters to orally provide the information in the notice in English and Spanish as part of the orientation for new unaccompanied minors at the same time the shelters provide information about unaccompanied minors' rights under PREA;

4) Require ORR-funded shelters to provide the notice in English and Spanish, and deliver the information orally in the unaccompanied minor's primary spoken language, at the time any unaccompanied minor is informed that she is pregnant; and

5) Require ORR-funded legal services providers to include these notices in their "know your rights" presentations.

A proposed order is attached.

April 10, 2018                                  Respectfully submitted,

                                                            Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Shana Knizhnik (D.C. Bar No. 1020840)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*
*sknizhnik@acludc.org*

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

Mishan Wroe
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel. (415) 275-8522
*mwroe@rshc-law.com*

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

# EXHIBIT A

> Please read this notice.
>
> If you are pregnant, you have the right to decide whether to have the baby or to have an abortion.
>
> No one who works for the government or the shelter can force your decision either way.
>
> No one who works for the government or the shelter can tell anyone about your pregnancy or decision to have an abortion if you don't want them to do so.

A United States court has approved a legal case on behalf of all pregnant women in this shelter. The legal case was filed to prevent the government or the shelter from interfering with your ability to get information about abortion, and to get an abortion if you want one.

If you are pregnant, you are protected by the lawsuit.

If you are pregnant and are having problems getting information about abortion, or getting an abortion, or if feel that you are being pressured not to get an abortion, please contact attorney Lindsey Kaley by telephone at 212-549-2633 or email at lkaley@aclu.org.  She speaks English and Spanish.  Please tell her:

- Your name

- Your A-number

- Your location (shelter name, city, state)

> Por favor lea este aviso.
>
> Si está embarazada, tiene el derecho a decidir si desea tener un bebé o un aborto.
>
> Ningún agente del gobierno ni personal del albergue puede forzar su decisión de una manera u otra.
>
> Ningún agente del gobierno ni personal del albergue puede decirle a nadie sobre su embarazo o la decisión de hacerse un aborto si no quiere que lo haga.

Un tribunal de los Estados Unidos ha aprobado un caso legal en nombre de todas las mujeres embarazadas en este albergue. El caso legal fue presentado para impedir que el gobierno o el albergue interfieran con su capacidad de obtener información sobre el aborto y hacerse un aborto si lo desea.

Si está embarazada, está protegida por la demanda judicial.

Si está embarazada y tiene problemas para obtener información sobre el aborto o para hacerse un aborto, o si siente que la están presionando para que no consiga un aborto, por favor contacte la abogada Lindsey Kaley por teléfono al 212-549-2633 o por correo electrónico a lkaley@aclu.org. Ella habla inglés y español. Por favor dile:

- Su nombre

- Su número A

- Su ubicación (nombre del albergue, cuidad, estado)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 17-cv-02122-TSC |

### [PROPOSED] ORDER ON MOTION FOR NOTICE TO CLASS

This Court GRANTS Plaintiffs' Motion for Notice to Class, and ORDERS that Defendants must immediately:

1) Require ORR-funded shelters to post the notice in English and Spanish on all housing bulletin boards adjacent to the notice required by the PREA regulations;

2) Require ORR-funded shelters to provide the notice in English and Spanish along with the pamphlet provided to all unaccompanied minors informing them of their rights under PREA;

3) Require ORR-funded shelters to orally provide the information in the notice in English and Spanish as part of the orientation for new unaccompanied minors at the same time the shelters provide information about unaccompanied minors' rights under PREA;

4) Require ORR-funded shelters to provide the information, both in writing and orally in the unaccompanied minor's primary spoken language, at the time any unaccompanied minor is informed that she is pregnant; and

5) Require ORR-funded legal services providers to include these notices in their "know your rights" presentations.

1

2

Date: April __, 2018

                                                                                      _____
TANYA S. CHUTKAN
United States District Judge