UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROCHELLE GARZA, as guardian ad litem to )
unaccompanied minor J.D., on behalf of )
herself and others similarly situated, *et al.*, )
)
Plaintiffs, )
) No. 17-cv-02122-TSC
v. )
)
ALEX M. AZAR II, *et al.*, )
)
Defendants. )
)

## ORDER ON MOTION FOR NOTICE TO CLASS

Pursuant to Fed. R. Civ. P. 23(c)(2)(A), this court GRANTS Plaintiffs' Motion for Notice to Class (ECF No. 134), and ORDERS that Defendants must immediately:

(1) Require ORR-funded shelters to post the English and Spanish versions of the notice docketed at ECF No. 134-1 on all housing bulletin boards adjacent to the notice required by the Prison Rape Elimination Act (PREA) regulations;

(2) Require ORR-funded shelters to provide the notice in English and Spanish along with the pamphlet provided to all unaccompanied minors informing them of their rights under the PREA;

(3) Require ORR-funded shelters to orally provide the information in the notice in English and Spanish as part of the orientation for new unaccompanied minors at the same time the shelters provide information about unaccompanied minors' rights under the PREA;

(4) Require ORR-funded shelters to provide the information, both in writing and orally in the unaccompanied minor's primary spoken language, at the time any unaccompanied minor is informed that she is pregnant; and

(5) Require ORR-funded legal services providers to include these notices in their "know your rights" presentations.

Date: April 12, 2018

_____
TANYA S. CHUTKAN
United States District Judge