# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-5236**  **September Term, 2017**

1:17-cv-02122-TSC

Filed On: July 25, 2018 [1742291]

Rochelle Garza, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,

    Appellee

    v.

Eric D. Hargan, Acting Secretary, Health and Human Services, et al.,

    Appellants

## M A N D A T E

In accordance with the order of July 25, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

        BY:   /s/
                  Ken R. Meadows
                  Deputy Clerk

Link to the order filed July 25, 2018

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-5236**  September Term, 2017

1:17-cv-02122-TSC

**Filed On:** July 25, 2018

Rochelle Garza, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,

    Appellee

  v.

Eric D. Hargan, Acting Secretary, Health and Human Services, et al.,

    Appellants

**BEFORE:** Garland, Chief Judge, and Henderson, Rogers, Tatel, Griffith, Kavanaugh*, Srinivasan, Millett, Pillard*, Wilkins, and Katsas*, Circuit Judges

## O R D E R

In accordance with the judgment of the Supreme Court vacating this court's order filed October 24, 2017, it is

**ORDERED** that this case be remanded to the United States District Court for the District of Columbia with instructions "to dismiss the relevant individual claim for injunctive relief as moot." Judgment, Azar v. Garza, No. 17-654 (U.S. June 4, 2018).

The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                      Ken Meadows
                      Deputy Clerk

---

\* Circuit Judges Kavanaugh, Pillard, and Katsas did not participate in this matter.