# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D., on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-02122 (TSC) |

## ORDER

In accordance with the judgment of the Supreme Court vacating the D.C. Circuit's order of October 24, 2017, Judgment, *Azar v. Garza*, No. 17-654 (U.S. June 4, 2018), and with the D.C. Circuit's order of July 25, 2018 remanding to this court with instructions to dismiss the relevant individual claim for injunctive relief as moot, the court ORDERS that minor J.D's claim for injunctive relief is hereby DISMISSED AS MOOT.

Date:  August 1, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge