UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) No. 17-cv-02122-TSC ) ) ) ) ) ) ) |

**MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiffs apply for the issuance of an order preliminarily enjoining Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys and anyone acting in concert with them) from forcing any class member to reveal the fact of their pregnancy and their abortion decision to anyone, and from revealing that information to anyone themselves, either before or after an abortion, unless the class member provides non-coerced consent to such disclosure or needs emergency medical care and is incapacitated such that she is unable to inform a medical care provider herself.

On June 14, 2019, the Court of Appeals affirmed this Court's March 30, 2018 Order that granted class certification of all pregnant unaccompanied immigrant minors, and the preliminary injunction enjoining Defendants from interfering with or obstructing any class member's access to pregnancy and abortion-related care, including non-directive options counseling and abortion. *J.D. v. Azar*, 925 F.3d 1291, 1339–40 (D.C. Cir. 2019). The Court of Appeals, however, remanded the case to this Court for additional factual findings and conclusions of law regarding the forced disclosure aspect of Defendants' policy. *Id.*

On August 6, 2019 the Court of Appeals mandate issued. Accordingly, Plaintiffs respectfully request that this Court enter a new preliminary injunction on the forced disclosure aspect of Defendants' policy, with the findings of facts and conclusions of law required by the Court of Appeals. The grounds for this motion are that Defendants' policy of forced disclosure violates the Plaintiff class members' rights under the Fifth Amendments to the Constitution of the United States; that the Plaintiff class members will suffer irreparable injury if the Defendants are not enjoined from enforcing their forced disclosure policy; that Defendants will not be injured if an injunction issues; and that the public interest favors the issuance of an injunction.

This motion is based on the memorandum of points and authorities submitted herewith, all declarations, pleadings and filings filed in this action, and such oral arguments and evidence as may be presented at a hearing on the motion.

August 8, 2019

Respectfully submitted,

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005

Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, D.C. 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, CA 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

Mishan Wroe
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel. (415) 275-8522
*mwroe@rshc-law.com*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*