# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No. 17-cv-02122-TSC |
| ALEX M. AZAR II, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION OF LINDSEY KALEY

I, Lindsey Kaley, pursuant to 28 U.S.C. §1746, declare under penalty of perjury that the following is true and correct:

1. I am currently employed as an attorney at the American Civil Liberties Union Foundation's Center for Liberty, where I have worked since September 2017.

2. As ordered by this Court, ECF No. 135, English and Spanish versions of a notice are distributed to all pregnant unaccompanied children ("UACs") in ORR custody. Per this Court's order, the notice is required to be made available to all UACs and the information in the notice is also required to be provided orally both as part of orientation for new UACs and at the time any UAC is informed that she is pregnant.

3. The notice informs pregnant UACs of their rights, including that they have a right to decide whether to carry their pregnancies to term or to have an abortion, that no one who works for the government or the shelter can force their decision either way, and that no one who works for the government or the shelter can tell anyone about their pregnancy or decision to have an abortion if they don't want them to do so.

1

4. My name and contact information are included on those notices, informing UACs that if they have any issues in accessing abortion they can contact me.

5. Although Plaintiffs' counsel has no way of formally tracking class members' requests, since the notices were first distributed in April 2018, I have been contacted by and provided assistance to approximately 31 class members who were seeking access to abortion information, judicial bypasses, and/or abortion. In fact, I am currently helping to ensure access to abortion for a pregnant UAC as of the date of this submission, and I have assisted five other UACs who requested abortions within the last two months. Moreover, documentation recently obtained by non-profit Equity Forward in response to a request made under the Freedom of Information Act (FOIA), attached hereto as Exhibit A, reveals that at least 31 minors requested access to abortion after March 30, 2018 through to the end of 2018, and that at least 22 minors requested access to abortion in just the first six months of 2019 (January through June).

6. The majority of UACs with whom I have discussed the topic have not told their parents or sponsors—often family members already residing in the United States who assume physical custody of the minor upon release and act as a de facto parent or guardian—that they are seeking an abortion, or even that they are pregnant. Many of them tell me that they do not want to tell their parents or sponsors. The minors provide a variety of reasons for why they would prefer not to disclose the information, including that they are afraid of their parents' reactions, or they fear that a potential sponsor will no longer want to sponsor their release from ORR custody if the sponsor finds out that they are pregnant and/or seeking an abortion.

7. Even when pregnant UACs decline to discuss their pregnancy or abortion decision with their parents or sponsor, they are surrounded by other adults who are available to discuss their reproductive health choices. These adults include clinicians and case workers at the

ORR shelters, who are coordinating UAC's access to the abortion and are present at every step of the process, as well as other professionals from various nonprofit organizations that advocate for UACs while they are in ORR shelters.

8. Given the continued arrival of large numbers of unaccompanied minor immigrants, the calls that we regularly receive from class members, and the frequency of abortion requests as reflected in Defendants' own documents, *see, e.g.*, Ex. A, it is completely predictable that there will be class members in the coming weeks who seek access to abortion—indeed, I am assisting one now—and some will not want to disclose their pregnancies and/or abortion decisions to their parents or sponsors.

Dated: August 8, 2019
New York, New York

_____
Lindsey Kaley

# Exhibit A

| A. Number | Last.Name | First.Name | Program.Name.Requested | Faithbased.Requested | State.Requested | TOP.Date.Requested | GestAge.Requested | Program.Name.Performed | Faithbased.Performed | State.Performed | TOP.Performed.Date | GestAge.Performed | ORR.Funded | TOP.Year | Notes | Notes - SIR, options couns., IME/MC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(6) | | | SWK Canutillo | 0 | Texas | 2014-01-02 | 12 weeks | SWK Canutillo | 0 | New Mexico | 2014-02-04 | approx 16 weeks | not clear | 2014 | | Case Review Doc not uploaded to RFP Folder |
| | | | SWK Casa Blanca | 0 | Texas | 2014-04-24 | 18 weeks | SWK Casa Blanca | 0 | Texas | 2014-05-09 | 19 weeks | no | 2014 | judicial bypass; approved by ORR | Planned Parenthood; SIRs/UAC Case Review not uploaded to RFP folder |
| | | | Catholic Charities Boystown | 1 | Florida | 2014-09-17 | 7 weeks | Lorraine Thomas | 0 | Florida | 2014-10-14 | approx 11 weeks | not clear | 2014 | UC reported (b)(6) | SIRs not uploaded to RFP folder |
| | | | SWK Lemon Grove | 0 | California | 2015-04-28 | 10.5 weeks | SWK Lemon Grove | 0 | California | 2015-05-12 | approx 14 weeks | yes | 2015 | | |
| | | | SWK Casa Blanca | 0 | Texas | 2015-06-01 | approx 9 weeks | SWK Casa Blanca | 0 | Texas | 2015-06-26 | approx 15 weeks | yes | 2015 | UC pregnancy SIR 5/27; judicial bypass | |
| | | | Bokencamp | 0 | Texas | 2015-06-11 | approx 8 weeks | Heartland CHAP | 0 | Illinois | 2015-07-08 | approx 10 weeks | yes | 2015 | (b)(6) | |
| | | | Cayuga Centers | 0 | New York | 2015-08-31 | approx 9 weeks | Cayuga Centers | 0 | New York | 2015-09-11 | approx 10.5 weeks | no | 2015 | decision date is not entirely clear (source UACSIR1); ORR approval on 9/8/015 | Planned Parenthood in NY |
| | | | Children's Village Shelter | 0 | New York | 2015-09-22 | approx 18 weeks | Children's Village Shelter | 0 | New York | 2015-10-14 | approx 20.5 weeks | no | 2015 | | |
| | | | Children's Village Shelter | 0 | New York | 2015-09-29 | approx. 17 weeks | Children's Village Shelter | 0 | New York | 2015-10-09 | approx. 18 weeks | no | 2015 | 09/04/2015 - 7 weeks pregnant | |
| | | | SWK Lemon Grove | 0 | California | 2015-11-04 | not clear | not clear | 0 | not clear | 2015-11-07 | not clear | no | 2015 | | |
| | | | Leake and Watts | 0 | New York | 2015-11-09 | not clear | Leake and Watts | 0 | New York | 2015-11-23 | not clear | no | 2015 | | |
| | | | Cayuga Centers | 0 | New York | 2015-11-12 | approx 12 weeks | Cayuga Centers | 0 | New York | 2015-11-24 | approx 14 weeks | yes | 2015 | Planned Parenthood | |
| | | | Children's Village Shelter | 0 | New York | 2015-11-18 | approx 14 weeks | Children's Village Shelter | 0 | New York | 2015-12-03 | 15.4 weeks | yes | 2015 | (b)(6) | |
| | | | IES Los Fresnos | 0 | Texas | 2015-12-07 | approx 6.5 weeks | KidsPeace/Kids Haven | 0 | Pennsylvania | 2016-01-21 | after 10.5 weeks | yes | 2016 | TOP was preformed in January….SIR states infection post procedure | |
| | | | SWK Casa Quetzal | 0 | Texas | 2016-05-27 | 8-2 weeks | SWK Casa Quetzal | 0 | Texas | 2016-06-30 | 6-11 weeks | yes | 2016 | Houston Women's Center, LMP 5/15 | |
| | | | Morrison Downtown | 0 | Oregon | 2016-07-12 | not clear, est. at least 10 weeks | Morrison Downtown | 0 | Oregon | 2016-07-26 | not clear | yes | 2016 | Lovejoy Surgicenter | |
| | | | SWK Estrella | 0 | Arizona | 2016-08-07 | 4-6 weeks | SWK Estrella | 0 | Arizona | 2016-08-16 | 8-10 weeks | yes | 2016 | Planned Parenthood in Tempe Arizona | |
| | | | Homestead | 0 | Florida | 2016-11-02 | not clear | KidsPeace/Kids Haven | 0 | Pennsylvania | 2016-12-02 | approx 11-12 weeks | No | 2016 | (b)(6) | Women's Hospital |
| | | | SWK Casa Quetzal | 0 | Texas | 2016-11-14 | approx 2 to 6 weeks | Heartland CHAP | 0 | Illinois | 2016-11-28 | approx 8-12 weeks | yes | 2016 | LMP, September 2016 | |
| | | | Crittenton Shelter | 0 | California | 2016-11-22 | approx 2-4 weeks | Crittenton Shelter | 0 | California | 2016-12-05 | approx 4-6 weeks | No | 2016 | LMP, 10/23/16 | Planned Parenthood |
| | | | SWK Estrella | 0 | Arizona | 2016-11-22 | approx 5.5 weeks | SWK Case Estrella | 0 | Arizona | 2016-12-06 | approx 7.5 weeks | yes | 2016 | LMP, 10/11/2016 | |
| | | | SWK Sol | 0 | Arizona | 2016-11-28 | approx 7 weeks | SWK Hacienda del Sol | 0 | Arizona | 2016-12-14 | approx 11 weeks | yes | 2016 | Planned Parenthood, LMP 11/05/2016 | |
| | | | Homestead | 0 | Florida | 2016-12-07 | approx 6 weeks | Heartland SCIY | 0 | Illinois | 2016-12-20 | approx 9 weeks | yes | 2016 | LMP, 10/28/2016 | Planned Parenthood |
| | | | Morrison | 0 | Oregon | 2016-12-21 | 6 weeks | Morrison Downtown | 0 | Oregon | 2017-01-05 | 9 weeks | No | 2017 | options counseling provided; UC requested a first trimester termination | |

| (b)(6) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Homestead | 0 | New York | 2016-12-28 | approx 8-10 weeks | Leake & Watts TFC | 0 | New York | 2016-12-30 | approx 8-10 weeks | No | 2016 | LMP, 10/10/2016 | Planned Parenthood |
| | SWK Kokopelli | | Arizona | 2017-01-04 | approx 12 weeks | SWK Kokopelli | 0 | Arizona | 2017-03-02 | approx 16 weeks | No | 2017 | (b)(6) | Camelback Family Planning |
| | BCFS San Antonio | | Texas | 2017-02-01 | approx 3 weeks | na | | na | na | na | na | | TOP request rescinded on 02/03/2017 however must have requested TOP again and rescinded on 3/13/2017 | |
| | Heartland | | Illinois | 2017-02-01 | approx 7 weeks | na | | na | na | na | na | | TOP Request rescinded on 02/02/2017 | |
| | St PJs Childrens Home | | Texas | 2017-02-17 | approx 8 weeks | SWK Casa Blanca | | Texas | 2017-03-02 | approx 9 weeks | No | 2017 | Chemical Termination | |
| | SWK Las Palmas | | Arizona | 2017-03-20 | approx 9 weeks | na | | na | na | na | na | | Child reunified on 4/8/2017 | |
| | SWK Kokopelli | | Arizona | 2017-06-15 | approx 16 weeks | na | | na | na | na | na | | TOP Request rescinded on 06/19/2017 | |
| | SWK Sol | | Arizona | 2017-07-05 | approx 8 weeks | na | | na | na | na | na | | TOP Request rescinded on 07/07/2017 after disclosure with FOC and family | |
| | SWK Las Palmas | | Arizona | 2017-08-10 | approx 8 weeks | na | | na | na | na | na | | Unclear if TOP Request; Advised by program that not a TOP request however underwent counseling; child reunified | |
| | IES Los Fresnos | | Texas | 2017-09-19 | approx 9 weeks | IES Los Fresnos | | Texas | 2017-10-25 | 15 weeks | No | 2017 | Consensual | |
| | SWK Glendale | | Arizona | 2017-09-25 | approx 9 weeks | na | | na | na | na | na | | TOP Request rescinded on 9/28/2017 after family session. | |
| | IES Los Fresnos | | Texas | 2017-10-23 | approx 2 weeks | na | | na | na | na | na | | Age redetermination-11-6-2017 discharged | |
| | Abbott House | | New York | 2017-11-09 | approx 7 weeks | Abbott House | | New York | 2017-11-09 | 8 weeks | No | 2017 | Program did not notify ORR of TOP Request nor did the program obtain ORR Director approval | Mt. Sinai Hospital |
| | Morrison Downtown | | Oregon | 2017-11-27 | approx 9 weeks | na | | na | na | na | na | | Notification to ORR HQ on 12/2; Child refuses OB appt; US ok if monitor is turned away; Age Redetermination (19yrs); DC to ICE on 12/20/2017 | |
| | Abbott House | | New York | 2017-11-29 | approx 20 weeks | Abbott House | | New York | 2017-12-20 | 22 weeks | No | 2017 | (b)(6) | |
| | YouthCare | | Washington | 2017-12-05 | approx 4 weeks | YouthCare | | Washington | 2017-12-05 | approx 4 weeks | No | 2017 | Child evaluated by OB and administered mifepristone (chemical termination) on 12/5; | Harborview |
| | Crittenton Shelter | | California | 2017-12-29 | approx 16 weeks | na | | na | na | na | na | | Child reunified on 1/14/2018 | |
| | SWK Campbell | | Arizona | 2018-01-09 | approx 10 weeks | na | | na | na | na | na | | (b)(6) | |
| | IES Norma Linda | | Texas | 2018-01-22 | approx 9 weeks | na | | na | na | na | na | | Pregnancy result of consensual relations; DHUC noticed request in SIR on 1/26/2018; 2/1 informed by program that child rescinded request | |
| | SWK Nueva Esperanza | | Texas | 2018-01-24 | Approx 6 weeks | na | | na | na | na | na | | Request rescinded on 2/7/2018; options discussed with Probar attorney on 1/24/2018; unclear when request was made. | |
| | SWK Antigua | | Texas | 2018-03-07 | approx 4-5 weeks | na | | na | na | na | na | | Pregnancy result of consensual relations to 15 yo male in COO; reunified 3/17 | |
| | SWK Casa Blanca | | Texas | 2018-03-12 | Unknown | na | | na | na | na | na | | UAC aged out on 3/14/2018; 2 days after her request- unknown GA | |
| | SWK Antigua | | Texas | 2018-04-03 | ~8-9 weeks | na | | na | na | na | na | | (b)(6) minor expressed that she wants to have her baby | |
| | SWK Rio Grande | | Texas | 2018-04-04 | ~4-5 weeks | na | | na | na | na | na | | Consensual Activity; minor reunified 4-7-2018 | |
| | SWK Franklin | | Texas | 2018-05-07 | Approx 18 weeks | na | | na | na | na | na | | Minor requested information on 5/4/2018; rescinded request on 5/10 after initial OB appt; consensual; reunified 5/26 | |
| | SWK Nueva Esperanza | | Texas | 2018-05-07 | Approx 21 weeks | na | | na | na | na | na | | Consensual relations; Minor requested additional information on 2nd term abortion; decided to rescind request and proceed with adoption | |
| | SWK Estrella | | Arizona | 2018-05-22 | 4 weeks | NA | | na | na | na | na | | Consensual relations with 15 yo boyfriend; UAC reunified | |

| (b)(6) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWK Montezuma | Texas | 2018-06-06 | Approx 14 weeks | SWK Montezuma | Texas | 2018-06-29 | approx 18 weeks | No | 2018 | Neg preg during IME, c/o abd pain Preg +, consensual relations, sought TOP via attorney, Judicial Bypass granted 6/15, 2 day procedure 6/28, 6/29 | |
| | Youth for Tomorrow | Virginia | 2018-06-21 | Approx 9 weeks | na | na | na | na | na | | (b)(6) Req TOP but wanting to seek services after reunification; 6/18 seen in ED for ABD pain and dx with possible miscarriage; reunified on 7/14/2018 at ~12weeks IUP. | |
| | SWK Casa Quetzal | Texas | 2018-06-27 | Unknown | na | na | na | na | na | | Minor was determined to be non-pregnant, possible spontaneous abortion-excess tissue on US; IME pregnancy test +; 6-28 initial OB APPT: OB Pregnancy test neg, HCG neg. | |
| | SWK Nueva Esperanza | Texas | 2018-07-01 | 7 weeks | SWK Nueva Esperanza | Texas | 2018-07-20 | Approx 9 weeks | | 2018 | Notified of an attorney arranging for medical appt. Consensual relations with 19 yo male; unclear when the request was made…early July 2018 likely. | |
| | SWK Estrella | Arizona | 2018-07-11 | Approx 28 weeks | na | na | na | na | na | | (b)(6) minor was informed 28 weeks gestational age beyond GA for abortive procedure; Minor stated she will try to take care of the baby but if not she will ask her Aunt | |
| | Catholic Charities Boystown | Florida | 2018-07-12 | Approx 12 weeks | Rising Ground | New York | 2018-07-27 | Approx 14 weeks | No | 2018 | (b)(6) | |
| | Heartland Guadalupe | Illinois | 2018-07-25 | 7 weeks | Heartland Guadalupe | Illinois | 2018-08-23 | Approx 11 weeks | No | 2018 | Consensual relations although unclear of circumstances; ACLU involved; obtained judicial bypass 8/13; received TAR 8/17; no documentation in portal | |
| | SWK Antigua | Texas | 2018-07-31 | 6-7 weeks | Southwest Keys Antigua | Texas | 2018-09-07 | Approx 12 weeks | No | 2018 | Consensual relations with 18 yo ex-boyfriend in COO | |
| | SWK Casa Franklin | Texas | 2018-08-01 | 4 weeks 6 days | NA | na | na | na | na | | (b)(6) | |
| | SWK Antigua | Texas | 2018-08-02 | 10-11weeks | NA | na | na | na | na | | Consensual relations with boyfriend in COO; after the child talked with her mother and was told it will be OK, child rescinded her TOP request | |
| | David and Margaret | California | 2018-08-03 | 10 weeks 2 days | David and Margaret | California | 2018-08-16 | Approx 12 weeks | Pending | 2018 | (b)(6) Requests no parental notification; SMR submitted 8/7 seeking federal funds. | |
| | Heartland CHAP | Illinois | 2018-08-04 | Approx 8 weeks | Heartland CHAP | Illinois | 2018-08-28 | Approx 12 weeks | No | 2018 | (b)(6) | |
| | SWK Antigua | Texas | 2018-08-07 | 7 weeks | SWK Antigua | Texas | 2018-09-07 | approx 11 weeks | Pending | 2018 | (b)(6) 7 weeks gestation by dates on 8/7 | |
| | Homestead | Florida | 2018-09-17 | 16 weeks | NA | na | na | na | na | | (b)(6) | |
| | Homestead | Florida | 2018-09-17 | 9 weeks | SWK Casa El Presidente | Texas | 2018-10-06 | Approx 11 weeks | No | 2018 | Consensual relations with 20 yo male in COO; | |
| | BCFS San Antonio | Texas | 2018-10-01 | ~8 weeks | na | na | na | na | na | | Consensual relations with 19 yo male in COO; Twin gestation; aged out on 10/18/2018 | |
| | BCFS San Antonio | Texas | 2018-10-03 | ~8-9weeks | BCFS San Antonio | Texas | 2018-10-20 | Approx 12 weeks | No | 2018 | Consensual relations with 17 yo male in COO | |
| | Cayuga Centers | New York | 2018-10-19 | ~11 weeks | Cayuga Centers | New York | 2018-11-07 | Approx 18 weeks | No | 2018 | (b)(6) Initially thought to be 11 weeks gestation but US near time of procedure indicated 18 weeks. | |
| | SWK El Presidente | Texas | 2018-11-11 | ~8 weeks | na | na | na | NA | NA | | Minor rescinded request after judicial bypass was obtained. Discharged to sponsor | |
| | The Villages | Kansas | 2018-11-13 | 4-6 weeks | The Villages | Kansas | 2019-01-04 | Approx 13 weeks | Yes | 2019 | (b)(6) | |
| | Homestead | Florida | 2018-11-15 | ~8-9 weeks | na | na | na | na | na | | (b)(6) | |

| Care Provider | State | Date | Gestational Age | Care Provider 2 | State 2 | Date 2 | GA 2 | SA | Year | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(6) | SWK Nueva Esperanza | Texas | 2018-11-20 | 9-10 weeks | SWK Nueva Esperanza | Texas | 2018-12-14 | Approx 14 weeks | No | 2018 | Consensual with 18 yo male in COO; voluntary departure |
| | SWK Antigua | Texas | 2018-11-20 | 18-19 weeks | SWK Blanca | Texas | 2018-12-06 | Approx 19 weeks | No | 2018 | (b)(6) |
| | BCFS Driscoll | Texas | 2018-12-17 | ~20 weeks | na | na | na | na | na | | Limb body wall complex congenital anomaly-fatal condition; discharged 12/21 to sponsor to pursue termination; MFM discussed termination vs carrying to term; minor opted for termination |
| | Heartland Intl Childrens RC | Illinois | 2018-12-19 | ~12 weeks | Heartland Intl Childrens RC | Illinois | 2019-01-08 | 16 weeks | No | 2019 | Notified on 1-4-2019; consensual relations in COO; Initial placement at Homestead->Heartland |
| | SWK Casa Montezuma | Texas | 2018-12-26 | ~9 weeks | SWK Montezuma | Texas | 2019-02-06 | ~14 weeks | No | 2019 | Consensual |
| | KidsPeace | Pennsylvania | 2019-01-02 | 4-5 weeks | na | na | na | na | na | | (b)(6) |
| | SWK Nueva Esperanza | Texas | 2019-01-11 | 8-9 weeks | SWK Nueva Esperanza | Texas | 2019-02-08 | ~13 weeks | No | 2019 | Consensual activity |
| | CC Houston | Texas | 2019-01-15 | ~7 weeks | Leake and Watts | New York | 2019-02-19 | ~11-12 weeks | No | 2019 | (b)(6) |
| | SWK El Presidente | Texas | 2019-01-29 | ~16 weeks | na | na | na | na | na | | Consensual Activity; Minor requested sponsor notification; minor reunified with sponsor |
| | CHSI Casa Norma Linda | Texas | 2019-02-01 | ~8-10 weeks | CHSI Casa Norma Linda | Texas | 2019-03-01 | ~14 weeks | No | 2019 | minor denied SA or assault, procedure done on 3-1; had evaluation and need second procedure 1 week later |
| | SWK San Diego | California | 2019-03-05 | ~3-4 weeks | SWK San Diego | California | 2019-03-25 | ~6 weeks | No | 2019 | Consensual activity with 20 yo male in COO |
| | SWK Casa Houston | Texas | 2019-03-07 | ~15 weeks | na | na | na | na | na | | Consensual activity; rescinded request ~3/15/2019 and informed attorney of descision |
| | BCFS Driscoll | Texas | 2019-03-14 | ~5-6 weeks | Crittenton Shelter | California | 2019-04-04 | ~9 weeks | Yes | 2019 | Assaulted; during IME child stated not wanting baby; during OB evaluation child requested TOP; confusion on circumstances initially believed to be consensual but later determined to be due to assault. |
| | SWK Antigua | Texas | 2019-03-18 | 5-6 weeks | SWK Antigua | Texas | 2019-04-12 | ~10 weeks | No | 2019 | |
| | KidsPeace | Pennsylvania | 2019-03-27 | ~12 weeks | Kidspeace | Pennsylvania | 2019-04-26 | ~17 weeks | No | 2019 | Consensual activity; later rescinded and stated no sexual activity and not being pregnant at IME; HCG Positive |
| | Heartland CHAP | Illinois | 2019-03-28 | ~5-6 weeks | Heartland CHAP | Illinois | 2019-04-10 | ~6-8 weeks | No | 2019 | Consensual Activity; no documentation of US |
| | SWK Nueva Esperanza | Texas | 2019-04-03 | ~19-20 weeks | SWK Casa Blanca | Texas | 2019-04-18 | ~22 weeks | No | 2019 | Consensual Activity; 2-part procedure |
| | Bethany Christian Services | Tennessee | 2019-04-03 | ~6-7 weeks | KidsPeace | Pennsylvania | 2019-06-01 | ~15 weeks | No | 2019 | (b)(6) |
| | Mercy First | New York | 2019-04-17 | ~4 weeks | Mercy First | New York | 2019-04-27 | ~6 weeks | No | 2019 | consensual activity |
| | Homestead | Florida | 2019-04-20 | ~4 Weeks | KidsPeace | Pennsylvania | 2019-05-24 | ~18 weeks | No | 2019 | consensual activity |
| | Kidspeace | Pennsylvania | 2019-04-22 | ~4 weeks | Pending | Pending | Pending | Pending | | | Consensual activity |
| | SWK Quetzal | Texas | 2019-04-23 | 7 weeks | na | na | na | na | na | | on 5-2-2019, minor informed staff of want to stop the termination process and proceed with pregnancy |
| | SWK Las Palmas | Arizona | 2019-05-06 | ~14 weeks | SWK Las Palmas | Arizona | 2019-05-17 | ~15 weeks | Yes | 2019 | (b)(6) |
| | SWK Kokopelli | Arizona | 2019-05-21 | 14 weeks | SWK Kokopelli | Arizona | 2019-06-15 | ~17 weeks | Yes | 2019 | (b)(6) |
| | SWK Kokopelli | Arizona | 2019-05-22 | ~13 weeks | SWK Kokopelli | Arizona | 2019-06-14 | ~16 weeks | No | 2019 | Consensual Activity |
| | BCFS Driscoll | Texas | 2019-06-13 | Pending | Pending | Pending | Pending | Pending | | | (b)(6) |
| | SWK Combes | Texas | 2019-06-14 | ~14 weeks | Pending | Pending | Pending | Pending | | | Consensual Activity |