**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 17-cv-02122-TSC |

## PLAINTIFFS' MOTION TO RE-OPEN CASE

In a Minute Order dated March 15, 2019, the Court directed the Clerk to administratively close this case in light of the then-pending appeal, and further provided that upon resolution of the appeal, the parties may file a motion to return this case to the court's active docket.

The Court of Appeals handed down its decision on June 14, 2019, and its mandate issued on August 6, 2019. That court remanded the case to this Court for further proceedings, thereby necessitating the reopening of the case on this Court's docket.

Accordingly, Plaintiffs hereby move to return this case to the Court's active docket. A proposed order is attached.

August 8, 2019

Respectfully submitted,

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633

Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, D.C. 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, CA 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

Mishan Wroe
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel. (415) 275-8522

*mwroe@rshc-law.com*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to re-open this case on the Court's active docket, and of the June 14, 2019 judgment of the Court of Appeals in this matter, it is hereby:

ORDERED that the Clerk will restore this case to the Court's active docket.

Date: August _____, 2019

_____
TANYA S. CHUTKAN
United States District Judge