# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-5093**                 **September Term, 2018**

**1:17-cv-02122-TSC**

**Filed On: August 6, 2019** [1800849]

J.D., on behalf of herself and others
similarly situated, et al.,

       Appellees

     v.

Alex Michael Azar, II, Secretary, Health and
Human Services, et al.,

       Appellants

## M A N D A T E

In accordance with the judgment of June 14, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                              BY:     /s/
                                         Ken R. Meadows
                                         Deputy Clerk

Link to the judgment filed June 14, 2019

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 18-5093**  **September Term, 2018**
FILED ON: JUNE 14, 2019

J.D., ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, ET AL.,
APPELLEES

v.

ALEX MICHAEL AZAR, II, SECRETARY, HEALTH AND HUMAN SERVICES, ET AL.,
APPELLANTS

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-02122)

———

Before: SRINIVASAN and WILKINS, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, vacated in part, and the case is remanded for further explanation, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/

Ken Meadows
Deputy Clerk

Date: June 14, 2019

Opinion for the court filed Per Curiam.
Dissenting opinion filed by Senior Circuit Judge Silberman.