AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

J.D., on behalf of herself and others similarly situated )
*Plaintiff* )
v. ) Case No. 17-2122
Alex M. Azar II, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alex M. Azar II, et al.

Date: 8/12/1029

/s Christina P. Greer
*Attorney's signature*

Christina P. Greer
*Printed name and bar number*

U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
*Address*

Christina.P.Greer@usdoj.gov
*E-mail address*

202-598-8770
*Telephone number*

*FAX number*