UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) No. 17-cv-02122-TSC |
| v. | ) ) |
| ALEX M. AZAR, *et al.*, | ) ) |
| Defendants. | ) ) |

## [~~PROPOSED~~] ORDER ON JOINT STIPULATION

Upon consideration of the parties' JOINT STIPULATION, and in recognition of Defendants' agreement to continue to abide by Section 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and not to enforce the current or any revised policy referenced in the JOINT STIPULATION until 45 days after completion of the briefing of Plaintiffs' Motion for Preliminary Injunction, ECF No. 144, it is hereby

ORDERED that these proceedings will be stayed until January 13, 2020; and it is further

ORDERED that the parties will meet and confer on or about November 14, 2019, and December 20, 2019, to discuss the anticipated date of completion of Defendants' policy-making and that Defendants will provide Plaintiffs with any revised policy concurrent with dissemination of the policy to the public.

ORDERED that within five days after Plaintiffs receive the policy, the parties will meet and confer and provide this Court with a proposal as to how motions practice should proceed.

Dated: ~~September~~ October 2, 2019

_____
Tanya S. Chutkan
United States District Judge