# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR, *et al.*,<br><br>Defendants. | No. 17-cv-02122-TSC |

## JOINT STIPULATION RE STATUS UPDATE

We respectfully submit this status update to inform the Court that the parties met and conferred on November 14, 2019 to discuss the anticipated date of completion of Defendants' policy-making, as directed by the Court on October 2, 2019. ECF 153. Defendants' counsel have informed Plaintiffs' counsel that Defendants are still working on formulating a policy and do not yet have an estimated date of completion. We have scheduled another meet and confer on December 18, 2019, and will promptly apprise the Court of developments in this litigation as they unfold.

November 15, 2019

Respectfully submitted,

/s/ *W. Daniel Shieh*
W. Daniel Shieh
Senior Litigation Counsel

Christina P. Greer
Michael C. Heyse
Trial Attorneys
USDOJ, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:   */s/ W. Daniel Shieh*
      W. DANIEL SHIEH
      Senior Litigation Counsel
      United States Department of Justice
      Civil Division