# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) No. 17-cv-02122-TSC ) ) ) ) ) ) |

## JOINT STIPULATION RE STATUS UPDATE

We respectfully submit this status update to inform the Court that the parties met and conferred on December 18, 2019 to discuss the anticipated date of completion of Defendants' policy-making, as directed by the Court on October 2, 2019. ECF 153. Defendants' counsel have informed Plaintiffs' counsel that Defendants are making progress on formulating a policy, but do not yet have an estimated date of completion. We have scheduled another meet and confer on January 3, 2020, and will promptly apprise the Court of developments in this litigation as they unfold.

December 18, 2019

Respectfully submitted,

/s/ *W. Daniel Shieh*
W. Daniel Shieh
Senior Litigation Counsel

Christina P. Greer
Trial Attorney
USDOJ, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

|  |  |
|---|---|
|  | /s/ *Brigitte Amiri* |
|  | Brigitte Amiri* |
|  | Meagan Burrows |
|  | American Civil Liberties Union Foundation |
|  | 125 Broad Street, 18th Floor |
|  | New York, NY 10004 |
|  | Tel. (212) 549-2633 |
|  | Fax (212) 549-2652 |
|  | *bamiri@aclu.org* |
| *Attorneys for Defendants* | *mburrows@aclu.org* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ W. Daniel Shieh*
W. DANIEL SHIEH
Senior Litigation Counsel
United States Department of Justice
Civil Division