UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) No. 17-cv-02122-TSC |
| v. | )<br>) |
| ALEX M. AZAR, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**JOINT STIPULATION FOR STAY OF PROCEEDINGS**

The parties agree to an additional stay of proceedings of 56 days. Defendants are still in the process of working on a new policy regarding the issue of parental notification, and respectfully request that the Court extend the current stay of proceedings until March 9, 2020 so as to enable Defendants to complete the process of finalizing the new policy. Plaintiffs have agreed to the stay request.

The parties have further agreed to meet and confer on or around February 7, 2020, to discuss the anticipated date of completion of Defendants' policy-making. Additionally, Defendants have agreed to provide Plaintiffs with any revised policy concurrent with dissemination of the policy to the public. Within five days after Defendants provide Plaintiffs with the revised policy, the parties will meet and confer, and provide this Court with a proposal as to how motion practice should proceed, including whether Plaintiffs will need to supplement or amend their pending motion for a preliminary injunction [ECF No. 144].

Finally, Defendants agree to continue to abide by the portion of the Joint Stipulation stating that Defendants (along with their respective successors in office, officers, agents, servants,

1

employees, attorneys, and anyone acting in concert with them) will continue to act in accordance with paragraph 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and will not enforce or implement the current or any revised parental or sponsor notification policy until 45 days after briefing is completed.

      A proposed order is attached.

January 10, 2020

Respectfully submitted,

/s/ *W. Daniel Shieh*
W. Daniel Shieh
Senior Litigation Counsel

Christina P. Greer
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-9802
Fax: (202) 305-1890
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation

of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

Mishan Wroe
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel. (415) 275-8522
*mwroe@rshc-law.com*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:   */s/ W. Daniel Shieh*
       W. DANIEL SHIEH
       Senior Litigation Counsel
       United States Department of Justice
       Civil Division

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) No. 17-cv-02122-TSC ) ) ) ) ) ) |

## [PROPOSED] ORDER ON JOINT STIPULATION

Upon consideration of the parties' JOINT STIPULATION, and in recognition of Defendants' agreement to continue to abide by Section 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and not to enforce the current or any revised policy referenced in the JOINT STIPULATION until 45 days after completion of the briefing of Plaintiffs' Motion for Preliminary Injunction, ECF No. 144, it is hereby

ORDERED that these proceedings will be stayed until March 9, 2020; and it is further

ORDERED that the parties will meet and confer on or about February 7, 2020 to discuss the anticipated date of completion of Defendants' policy-making and that Defendants will provide Plaintiffs with any revised policy concurrent with dissemination of the policy to the public.

ORDERED that within five days after Plaintiffs receive the policy, the parties will meet and confer and provide this Court with a proposal as to how motion practice should proceed.

Dated: January ___, 2020                    _____
                                             Tanya S. Chutkan
                                             United States District Judge