## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>ALEX M. AZAR, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>) |

### ORDER ON JOINT STIPULATION

Upon consideration of the parties' JOINT STIPULATION, and in recognition of Defendants' agreement to continue to abide by Section 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and not to enforce the current or any revised policy referenced in the JOINT STIPULATION until 45 days after completion of the briefing of Plaintiffs' Motion for Preliminary Injunction, ECF No. 144, it is hereby

ORDERED that these proceedings will be stayed until March 9, 2020; and it is further

ORDERED that the parties will meet and confer on or about February 7, 2020 to discuss the anticipated date of completion of Defendants' policy-making and that Defendants will provide Plaintiffs with any revised policy concurrent with dissemination of the policy to the public.

ORDERED that within five days after Plaintiffs receive the policy, the parties will meet and confer and provide this Court with a proposal as to how motion practice should proceed.

Dated: January 13, 2020

                *Tanya S. Chutkan*
                TANYA S. CHUTKAN
                United States District Judge