# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) No. 17-cv-02122-TSC |
| v. | ) ) |
| ALEX M. AZAR, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## JOINT STATUS REPORT PURSUANT TO JOINT STIPULATION

We respectfully submit this status update to inform the Court that the parties met and conferred on February 7, 2020, to discuss the status of Defendants' policy-making, as directed by the Court on January 13, 2020. ECF 157. Defendants' counsel have informed Plaintiffs' counsel that Defendants are continuing to work to draft a policy and at this time appear on track to complete the policy and to have distributed the policy to Plaintiffs' counsel for their review in advance of the stay expiring on March 9, 2020. Upon Plaintiffs' receipt and review of the policy, the parties will meet and confer to determine whether further litigation of the parental notification policy is required and, if so, to discuss a proposed briefing schedule.

February 7, 2020

Respectfully submitted,

/s/ *Christina P. Greer*
Christina P. Greer
Senior Litigation Counsel

W. Daniel Shieh
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

Phone: (202) 598-8770
Fax: (202) 305-1890
Christina.P.Greer@usdoj.gov

*Attorneys for Defendants*

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437

*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

Mishan Wroe
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel. (415) 275-8522
*mwroe@rshc-law.com*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
United States Department of Justice
Civil Division