## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 17-cv-02122-TSC |
| v. | ) ) | |
| ALEX M. AZAR, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## **JOINT STIPULATION FOR STAY OF PROCEEDINGS**

The parties met and conferred again on Thursday, May 28, 2020, and are still working on a way to proceed without motions practice. The parties will provide the Court with a status update within 21 days, no later than Wednesday, June 24, 2020, and request that the Court stay these proceedings during that period. Defendants agree to continue to abide by the portion of the August 12, 2019 Joint Stipulation stating that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) will continue to act in accordance with paragraph 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and will not enforce or implement the current or any revised parental or sponsor notification policy until 45 days after briefing is completed.

A proposed order is attached.

June 2, 2020

Respectfully submitted,

/s/ *W. Daniel Shieh*
W. Daniel Shieh
Christina P. Greer
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-8770
Fax: (202) 616-4975
Christina.P.Greer@usdoj.gov
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
aspitzer@acludc.org
smichelman@acludc.org

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation

2

915 15th Street NW  
Washington, DC 20005  
Tel. (202) 675-2330  
*dmach@aclu.org*

Elizabeth Gill  
American Civil Liberties Union Foundation of  
Northern California, Inc.  
39 Drumm Street  
San Francisco, CA 94111  
Tel. (415) 621-2493  
Fax (415) 255-8437  
*egill@aclunc.org*

Melissa Goodman  
American Civil Liberties Union Foundation of  
Southern California  
1313 West 8th Street  
Los Angeles, California 90017  
Tel. (213) 977-9500  
Fax (213) 977-5299  
*mgoodman@aclusocal.org*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                By:   */s/ W. Daniel Shieh*
                      W. DANIEL SHIEH
                      Senior Litigation Counsel
                      United States Department of Justice
                      Civil Division