UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 17-cv-02122-TSC<br>)<br>) |
| ALEX M. AZAR, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STIPULATION FOR STAY OF PROCEEDINGS

The parties are still working on a way to proceed without motions practice. The parties will provide the Court with a status update no later than Wednesday, August 5, 2020, and request that the Court stay these proceedings until that time. Defendants agree to continue to abide by the portion of the August 12, 2019 Joint Stipulation stating that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) will continue to act in accordance with paragraph 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and will not enforce or implement the current or any revised parental or sponsor notification policy until 45 days after briefing is completed.

A proposed order is attached.

July 9, 2020

Respectfully submitted,

/s/ *Brigitte Amiri*
Brigitte Amiri*
Meagan Burrows
Jennifer Dalven
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*
*jdalven@aclu.org*
*lkaley@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Daniel Mach (D.C. Bar No. 461652)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel. (202) 675-2330
*dmach@aclu.org*

Elizabeth Gill
American Civil Liberties Union Foundation of
Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*egill@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation of

Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Attorneys for Plaintiffs*

/s/ *W. Daniel Shieh*
W. Daniel Shieh
Christina P. Greer
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-8770
Fax: (202) 616-4975
Christina.P.Greer@usdoj.gov
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ *Brigitte Amiri*
Brigitte Amiri
American Civil Liberties Union Foundation
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., on behalf of herself and others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 17-cv-02122-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER ON JOINT STIPULATION**

Upon consideration of the parties' JOINT STIPULATION, and in recognition of Defendants' agreement to continue to abide by Section 2 of this Court's April 16, 2018 Amended Class Certification and Preliminary Injunction Order, ECF No. 136, and not to enforce the current or any revised policy referenced in the JOINT STIPULATION until 45 days after completion of the briefing of Plaintiffs' Motion for Preliminary Injunction, ECF No. 144, it is hereby

ORDERED that these proceedings will be stayed until August 5, 2020; and it is further

ORDERED that on or before August 5, 2020, the parties will provide the Court with a status update as to how the litigation should proceed.


Dated: July ___, 2020

_____
Tanya S. Chutkan
United States District Judge