# Exhibit B

<u>Please read this notice</u>

If you are pregnant, no one who works for the government or the shelter can stop you from accessing counseling about all the options you have regarding your pregnancy, including birth (for parenting or adoption) or abortion. You have the right to decide whether to continue your pregnancy and give birth or to have a legal abortion. If you want a legal abortion, no one who works for the government or the shelter can stop you from getting one. Depending on the location of your shelter, you might need permission from a judge to get an abortion. No one who works for the government or the shelter can stop you from going to court if you need to. No one who works for the government or the shelter can stop you from going to appointments related to your pregnancy, including appointments for prenatal care, birth (for parenting or adoption), or to obtain an abortion.

No one who works for the government or the shelter can tell anyone about your pregnancy or your decision whether to have an abortion, without your permission, except:

1) They can tell an emergency medical provider if you need emergency medical care and your medical condition prevents you from telling the emergency medical provider yourself.

2) The government can tell your sponsor information about your pregnancy or abortion, but only if your sponsor will need to know about your pregnancy or abortion to help you with a serious health complication after you are released to them or to make sure that your sponsor can support you with your pregnancy, having a baby, or being a parent. Before the government tells your sponsor information about your pregnancy or abortion, they must first try to ask for your permission to tell your sponsor and they must tell you after they have informed your sponsor.

<u>Por favor lea este aviso</u>

Si está embarazada, ninguna persona que trabaje para el gobierno o el albergue puede impedir que usted tenga acceso a asesoramiento sobre todas las opciones que tiene con relación a su embarazo, incluyendo el nacimiento (para criar o dar en adopción) o el aborto. Usted tiene el derecho de decidir si quiere continuar su embarazo y dar a luz o tener un aborto legal. Si desea un aborto legal, ninguna persona que trabaje para el gobierno o el albergue puede impedir que usted lo consiga. Dependiendo de la ubicación de su albergue, es posible que usted necesite la autorización de un juez para realizarse un aborto. Ninguna persona que trabaje para el gobierno o el albergue puede impedir que usted vaya a un tribunal si es necesario. Ninguna persona que trabaje para el gobierno o el albergue puede impedir que usted vaya a las citas relacionadas con su embarazo, incluidas las citas de cuidado prenatal, para el nacimiento (ya sea para la crianza o adopción) o las citas para obtener un aborto.

Ninguna persona que trabaje para el gobierno o el albergue puede decirle a nadie acerca de su embarazo o decisión de obtener un aborto sin su autorización, excepto en las siguientes situaciones:

1) Le pueden decir a un proveedor de servicios médicos de emergencia si usted necesita cuidados médicos urgentes y su estado médico le impide a usted decírselo por sí misma al proveedor de los servicios médicos de emergencia.

2) El gobierno puede darle a su patrocinador información respecto a su embarazo o aborto, pero sólo si su patrocinador necesita saber sobre su embarazo o aborto para ayudarla a usted con una complicación grave de salud después de que usted haya sido transferida a su cuidado, o para asegurar de que su patrocinador la pueda ayudar con su embarazo, a tener un bebé, o en el aspecto de la crianza. Antes de que el gobierno le dé a su patrocinador información acerca de su embarazo o aborto, primero debe intentar pedirle su autorización para decirle esto a su patrocinador, y debe avisarle a usted cuando se lo haya informado a su patrocinador.